| Attorney or Party without Attorney: <br> Law Offices Of: Sheuerman, Martini & Tabari <br> 1033 Willow Street <br> San Jose, CA 95125 <br> Telephone No: (408) 288-9700    FAX No: (408) 295-9900 <br> Ref. No. or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | |
| Plaintiff: WESTCOR RETAIL GROUP, LLC <br> Defendant: PEERLESS INSURANCE COMPANY | |

| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C07 03810 RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION

3. a. Party served:           PEERLESS INSURANCE COMPANY
   b. Person served:          RHONDA McCARTY, a person authorized to accept for the party in item 3.a..

4. Address where the party was served:    CSC-LAWYERS INCORPORATING SERVICE, INC.
                                          2730 Gateway Oaks Drive
                                          Suite 100
                                          Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 21, 2007 (2) at: 1:35PM

7. **Person Who Served Papers:**                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jim Wardlow                                         d. *The Fee* for Service was:    $33.00
   b. **ALL PRO ATTORNEY SERVICES**                       e. I am: (3) registered California process server
      2410 FAIR OAKS BOULEVARD                                 (i) Owner
      SUITE 125                                                (ii) Registration No.:    87-010
      Sacramento, CA 95825                                     (iii) County:             Sacramento
   c. (916) 974-7421, FAX (916) 974-7442

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Aug. 22, 2007

Judicial Council Form <br> Rule 982.9.(a)&(b) Rev January 1, 2007      PROOF OF SERVICE SUMMONS      (Jim Wardlow)      sm&t.38807