KEVIN G. McCURDY (SBN 115083)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com

Attorneys for Defendant
PEERLESS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| WESTCOR RETAIL GROUP, LLC.,<br><br>Plaintiff,<br><br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Corporation, DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: C07 03810 RS<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

Plaintiff Westcor Retail Group, LLC and defendant Peerless Insurance Company ("Peerless"), through their undersigned counsel, hereby stipulate that the time within which Peerless must answer or otherwise respond to the complaint shall be extended to October 1, 2007.

Dated: September ____, 2007        SHEURMAN, MARTINI & TABARI


                                    By _____
                                       ALAN L. MARTINI
                                       Attorneys for Plaintiff
                                       WESTCOR RETAIL GROUP, LLC

Dated: September 12, 2007           McCURDY & FULLER LLP


                                    By /s/ Kevin G. McCurdy
                                       KEVIN G. McCURDY
                                       Attorneys for Defendant
                                       PEERLESS INSURANCE COMPANY

24641                               - 1 -
**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**



KEVIN G. McCURDY (SBN 115083)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com

Attorneys for Defendant
PEERLESS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| WESTCOR RETAIL GROUP, LLC., <br><br> Plaintiff, <br><br> v. <br><br> PEERLESS INSURANCE COMPANY, a New Hampshire Corporation, DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO.: C07 03810 RS <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

Plaintiff Westcor Retail Group, LLC and defendant Peerless Insurance Company ("Peerless"), through their undersigned counsel, hereby stipulate that the time within which Peerless must answer or otherwise respond to the complaint shall be extended to October 1, 2007.

Dated: September 11, 2007        SHEURMAN, MARTINI & TABARI

By _____

ALAN L. MARTINI
Attorneys for Plaintiff
WESTCOR RETAIL GROUP, LLC

Dated: September ____, 2007      McCURDY & FULLER LLP

By _____

KEVIN G. McCURDY
Attorneys for Defendant