# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTCOR RETAIL GROUP, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Corporation, Does 1-50, inclusive<br><br>Defendant(s). | No. C 07-03810<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 9-14-07

Signature: *Ken G. McCurdy*

Counsel for Peerless Insurance Company
(Plaintiff, Defendant, or indicate "pro se")