KEVIN G. McCURDY (SBN 115083)
BRONWEN LACEY (SBN 226751)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone:  (650) 618-3500
Facsimile:  (650) 618-3599
E-mail:   kevin.mccurdy@mccurdylawyers.com
          bronwen.lacey@mccurdylawyers.com

Attorneys for Defendant
PEERLESS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| WESTCOR RETAIL GROUP, LLC.,<br><br>Plaintiff,<br><br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Corporation, DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.:  C07-03810 JF<br><br>**DEFENDANT PEERLESS INSURANCE COMPANY'S ANSWER TO COMPLAINT FOR BREACH OF CONTRACT, AND BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING** |

Defendant Peerless Insurance Company ("Peerless") answers, avers to and denies the allegations of the complaint on file as follows:

1.      Peerless lacks knowledge or information sufficient to respond to the allegations in paragraph 1 and therefore, denies the allegations.

2.      Peerless admits the allegations of paragraph 2.

3.      Peerless lacks knowledge or information sufficient to respond to the allegations in paragraph 3 and therefore, denies the allegations.

4.      Peerless lacks knowledge or information sufficient to respond to the allegations in paragraph 4 and therefore, denies the allegations.

5.      Peerless admits the allegations of paragraph 5.

6.      Peerless lacks knowledge or information sufficient to respond to the allegations in paragraph 6 and therefore, denies the allegations.

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite  240
Menlo Park, CA  94025
(650) 618-3500

7.      Peerless lacks knowledge or information sufficient to respond to the allegations in paragraph 7 and therefore, denies the allegations.

8.      Peerless admits that it was in the business of writing insurance policies, but denies all the other allegations of paragraph 8.

9.      As to paragraph 9 of the complaint, Peerless admits that Peerless issued policy number CBP9548496 to Westcor Retail Group, LLC ("Westcor").  Peerless admits the policy limits and policy period set forth in paragraph 9.  Peerless lacks knowledge or information sufficient to respond to the remaining allegations in paragraph 9 and therefore, denies the allegations.

10.     As to paragraph 10 of the complaint, Peerless admits that Peerless has paid $408,332.70 to Westcor for damage and loss as a result of a fire at 933 N. Main Street, Salina California 93906 on October 13, 2005.  Peerless denies the remaining allegations in paragraph 10.

11.     Peerless lacks knowledge or information sufficient to respond to the allegations of paragraph 11 and therefore, denies the allegations.

## FIRST CAUSE OF ACTION

12.     Peerless incorporates by reference herein paragraphs 1 through 11 of this answer.

13.     As to paragraph 13 of the complaint, Peerless admits that Peerless has paid $408,332.70 to Westcor for damage and loss as a result of a fire at 933 N. Main Street, Salina California 93906 on October 13, 2005.  Peerless denies the remaining allegations in paragraph 13.

14.     Peerless denies the allegations of paragraph 14.

## SECOND CAUSE OF ACTION

15.     Peerless incorporates by reference herein paragraphs 1 through 14 of this answer.

16.     Peerless lacks knowledge or information sufficient to respond to the allegations of paragraph 16 and therefore, denies the allegations.

17.     Peerless denies the allegations of paragraph 17.

18.     Peerless denies the allegations of paragraph 18.

19.     Peerless denies the allegations of paragraph 19.

20.     Peerless denies the allegations of paragraph 20.

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

**PEERLESS INSURANCE COMPANY'S ANSWER TO COMPLAINT**

21.    Peerless denies the allegations of paragraph 21.

## AFFIRMATIVE DEFENSES

Peerless asserts the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state facts sufficient to constitute a cause of action against Peerless.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the appraisal provision in the alleged Peerless policy.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver and estoppel.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of laches and unclean hands.

### FIFTH AFFIRMATIVE DEFENSE

Peerless had no duty to plaintiff in connection with the events alleged in the complaint.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the terms and conditions of the alleged Peerless policy.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate its damages, if any.

### NINTH AFFIRMATIVE DEFENSE

The sole and proximate cause of the incidents complained of by plaintiff was due to the acts or omissions of persons and entities other than Peerless.

### TENTH AFFIRMATIVE DEFENSE

Peerless has performed all obligations owed to plaintiff under the alleged Peerless policy.

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

1

**ELEVENTH AFFIRMATIVE DEFENSE**

2

Plaintiff failed to comply with the terms and provisions of the alleged Peerless policy.

3

**TWELFTH AFFIRMATIVE DEFENSE**

4

Plaintiff's complaint is barred by the doctrines of res judicata, and/or collateral estoppel.

5

WHEREFORE, Peerless prays:

6

(1)  That plaintiff take nothing by his complaint against Peerless;

7

(2)  For costs of suit incurred herein; and

8

(3)  For such other and further relief as may be just.

9

Dated:  October 1, 2007

10

MCCURDY & FULLER, LLP

11

12

By: */Kevin G. McCurdy/*
     KEVIN G. MCCURDY
     Attorneys for Defendant
     PEERLESS INSURANCE CO.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite  240
Menlo Park, CA  94025
(650) 618-3500

24966

- 4 -

1

## <u>DEMAND FOR JURY TRIAL</u>

2

Peerless demands a trial by jury.

3

Dated:  October 1, 2007

4

MCCURDY & FULLER, LLP

5

6

By: */Kevin G. McCurdy/*
   KEVIN G. MCCURDY

7

Attorneys for Defendant
PEERLESS INSURANCE CO.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite  240
Menlo Park, CA  94025
(650) 618-3500

24966

**PEERLESS INSURANCE COMPANY'S ANSWER TO COMPLAINT**