1  Alan L. Martini   SB#77316
   SHEUERMAN, MARTINI & TABARI
2  A Professional Corporation
   1033 Willow Street
3  San Jose, CA  95125
   (408) 288-9700
4  Fax: (408) 295-9900

5  Attorneys for Plaintiff, WESTCOR RETAIL GROUP, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTCOR RETAIL GROUP, LLC, | ) No. C 07-03810 RS |
| | ) |
| Plaintiffs, | ) **JOINT CASE MANAGEMENT** |
| | ) **STATEMENT AND PROPOSED** |
| v. | ) **CASE MANAGEMENT ORDER** |
| | ) **(Local Rule 16-9)** |
| PEERLESS INSURANCE COMPANY, a New | ) |
| Hampshire Corporation, Does 1 - 50, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to Civil Local Rule 16-3, plaintiff, WESTCOR RETAIL GROUP, LLC and defendant, PEERLESS INSURANCE COMPANY, a New Hampshire Corporation in the above-entitled action certify that they have conferred at least ten days prior to the Case Management Conference scheduled in this case and jointly submit this Case Management Conference and Proposed Case Management Order and request the court to adopt it as set forth.

**I.    DESCRIPTION OF CASE AND PROCEDURAL HISTORY**

   **A.    Procedural History and Description of Case**

   Plaintiff's complaint filed July 25, 2007 purported to state claims for breach of insurance contract (first party fire insurance coverage) and breach of the implied covenant of good faith and fair dealing. Such claims are based on a fire loss incurred by plaintiff at a restaurant commonly known as

JOINT CMC STATEMENT [PROPOSED] ORDER          1

Dakota Jake's located at 933 North Main Street, Salinas, California, which was allegedly insured against fire loss by defendant. Although defendant has paid an "uncontested" amount of the loss, there is still an alleged balance owed and unpaid in an alleged amount of $299,902.99. The complaint seeks damages for breach of the insurance contract as well as for bad faith.

**II.    THE PRINCIPAL FACTUAL ISSUES THAT THE PARTIES DISPUTE**

    1.    The extent of the alleged cost of repairs/replacement of the property allegedly damaged in the fire.

    2.    The nature and extent of alleged fire damage covered under defendant's policy No. CBP9548496.

    3.    Whether defendant breached the implied covenant of good faith and fair dealing.

**III.    THE PRINCIPAL LEGAL ISSUES THAT THE PARTIES DISPUTE**

    1.    The scope of coverage provided under defendant's insurance policy.

**IV.    ALTERNATIVE DISPUTE RESOLUTION**

Plaintiff and defendant stipulate to participate in an early settlement conference in this matter before the Magistrate Judge assigned to this case, the Honorable Richard Seeborg.

**V.    DISCLOSURES**

Plaintiff and defendant will complete their respective Rule 26 Initial Disclosures by November 21, 2007.

**VI.    JOINT PROPOSED SCHEDULING ORDER**

Counsel for plaintiff and defendant propose the following joint scheduling order.

**Proposed Discovery Plan**

The parties propose the following discovery plan:

| | |
|---|---|
| Party Depositions: | 4 per party |
| Non-Party Deposition Subpoenas: | No limit at this time |
| Document Requests: | 100 per party |
| Interrogatories: | 40 per party |
| Requests for Admissions: | 35 per party |

JOINT CMC STATEMENT [PROPOSED] ORDER        2

**Proposed Discovery Schedule**

The events relating to discovery shall proceed according to the following schedule, subject to the rights of all parties seeking future modification thereof, considering the fact that the case was filed on July 25, 2007:

1. Written discovery to be completed by March 31, 2008;
2. Depositions and third party discovery to be completed by April 30, 2008;
3. Expert Disclosure to be made by each party by May 30, 2008;
4. Discovery motions to be heard by June 30, 2008;
5. Expert depositions to be completed by July 15, 2008;
6. Hearing on Pretrial Motions to be completed by September 30, 2008;
7. Submission of final Joint Final Pretrial Conference Statement and coordinated submission of trial exhibits by October 31, 2008;
8. Serving and filing briefs on all significant disputed issues of law, including procedural and evidentiary issues and motions in limine fifteen (15) days after Court's Order adopting Final Pretrial Conference Statement and submissions;
9. Objections to receipt into evidence of any proposed testimony or exhibit must be submitted within ten (10) days after the Court's Order adopting Final pretrial Conference Statement and submissions;
10. Final pretrial conference and any necessary court hearing to consider unresolved objections to proposed testimony or exhibits and motions in limine as dictated by the Court; and
11. Trial, which is expected to take between five (5) and seven (7) court days, including jury selection.

**VII.  MOTIONS**

Defendant may move to stay the case to compel appraisal pursuant to the terms of the policy.

**VIII.  ELECTRONIC FILING CERTIFICATION**

Pursuant to Northern District Local Rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant, PEERLESS INSURANCE COMPANY hereby attests that (1) the consent of this document is acceptable to all persons required to sign the

1 | document; (2) Plaintiff, WESTCOR RETAIL GROUP, LLC's counsel has signed this document; and
2 | (3) the signed document is available for inspection upon request.
3 | Dated: October 31, 2007                        SHEUERMAN, MARTINI & TABARI
4 |
5 |                                                By: /s/_____
                                                     Alan L. Martini
                                                     Attorneys for Plaintiff
6 |
7 | Dated: October 31, 2007                        McCURDY & FULLER LLP
                                                  By:/s/_____
8 |                                                  Kevin G. McCurdy
                                                     Attorneys for Defendant
9 |                                                  PEERLESS INSURANCE COMPANY
10 |           I hereby attest that I have on file all holograph signatures for any signatures indicated by a
11 | "conformed" signature (/S/) within this efiled document.
12 | Dated: October 31, 2007                       SHEUERMAN, MARTINI & TABARI
13 |
14 |                                               By: /s/_____
                                                     Alan L. Martini
                                                     Attorneys for Plaintiff
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

JOINT CMC STATEMENT [PROPOSED] ORDER           4

**ORDER**

Pursuant to the above Proposed Joint Case Management Statement and Proposed Case Management Order, it is hereby ordered that the Case Management Scheduling Order set forth above be adopted by Court as its own.

Dated: _____        _____
RICHARD S. SEEBORG
UNITED STATE MAGISTRATE JUDGE