# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

## CIVIL MINUTES

**Court Proceedings:** Case Management Conference, November 9, 2007
**Case Number:** CV-07-3810-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:   **WESTCOR RETAIL GROUP  V.  PEERLESS INSURANCECOMPANY**

   **PLAINTIFF**                              **DEFENDANT**

   Attorneys Present: Alan Martini            Attorneys Present: Kevin McCurdy

---

PROCEEDINGS:
    Case management conference held.  Counsel are present.  Parties are referred to Magistrate Judge Seeborg for settlement conference, to occur prior to 1/18/08.  The Court adopts the proposed case schedule.  Continued to 1/18/08 at 10:30 a.m. for further case management conference and trial setting.