Alan L. Martini   SB#77316
SHEUERMAN, MARTINI & TABARI
A Professional Corporation
1033 Willow Street
San Jose, CA  95125
(408) 288-9700
Fax: (408) 295-9900

Attorneys for Plaintiff, WESTCOR RETAIL GROUP, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTCOR RETAIL GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Corporation, Does 1 - 50, inclusive,<br><br>Defendants. | No. C 07-03810 RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT AND TRIAL SETTING** |

WHEREAS, the court held an initial Case Management Conference in this case on November 9, 2007, wherein it adopted the parties' proposed case schedule and referred the matter to Magistrate Judge Richard S. Seeborg for settlement conference to occur prior to January 18, 2008; and

WHEREAS, the parties have not been able to coordinate all of their schedules with that of Judge Seeborg for a settlement conference until March 25, 2008, at which time the settlement conference is now scheduled; and,

WHEREAS, counsel for the parties have met and conferred and agree that the further Case Management Conference and Trial Setting should be postponed until after the settlement conference on March 25, 2008, and that the written discovery deadline of March 31, 2008 and deposition deadline of April 30, 2008, is extended by 60 days; and

STIPULATION AND [PROPOSED] ORDER RE FURTHER
CASE MANAGEMENT CONFERENCE                    1

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their attorneys, that the parties' further case management and ADR obligations, including the upcoming settlement conference scheduled for March 25, 2008, shall be continued until after the settlement conference and that the written discovery deadline of March 31, 2008 and deposition deadline of April 30, 2008 be extended an additional 60 days.

Dated: January 16, 2008    SHEUERMAN, MARTINI & TABARI

By: /s/
    Alan L. Martini
    Attorneys for Plaintiff

Dated: January 16, 2008    McCURDY & FULLER LLP

By: /s/
    Kevin G. McCurdy
    Attorneys for Defendant
    PEERLESS INSURANCE COMPANY

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: January 16, 2008    SHEUERMAN, MARTINI & TABARI

By: /s/
    Alan L. Martini
    Attorneys for Plaintiff

**ORDER**

Good cause appearing therefor based upon the above stipulation of the parties,

IT IS HEREBY ORDERED that the further Case Management Conference is continued to _____, 2008, pending the settlement conference now scheduled for March 25, 2008, and that the written discovery deadline of March 31, 2008 is extended to May 31, 2008, and the deposition deadline of April 30, 2008 is extended to June 30, 2008.

Dated: _____      _____
                                              UNITED STATES DISTRICT COURT JUDGE