Alan L. Martini   SB#77316  *efiled 1/18/08
SHEUERMAN, MARTINI & TABARI
A Professional Corporation
1033 Willow Street
San Jose, CA  95125
(408) 288-9700
Fax: (408) 295-9900

Attorneys for Plaintiff, WESTCOR RETAIL GROUP, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WESTCOR RETAIL GROUP, LLC, ) | No. C 07-03810 RS   JF/ |
| ) |  |
| Plaintiffs, ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT AND TRIAL SETTING** |
| v. ) |  |
| ) |  |
| PEERLESS INSURANCE COMPANY, a New Hampshire Corporation, Does 1 - 50, inclusive, ) |  |
| ) |  |
| Defendants. ) |  |
| ) |  |

WHEREAS, the court held an initial Case Management Conference in this case on November 9, 2007, wherein it adopted the parties' proposed case schedule and referred the matter to Magistrate Judge Richard S. Seeborg for settlement conference to occur prior to January 18, 2008; and

WHEREAS, the parties have not been able to coordinate all of their schedules with that of Judge Seeborg for a settlement conference until March 25, 2008, at which time the settlement conference is now scheduled; and,

WHEREAS, counsel for the parties have met and conferred and agree that the further Case Management Conference and Trial Setting should be postponed until after the settlement conference on March 25, 2008, and that the written discovery deadline of March 31, 2008 and deposition deadline of April 30, 2008, is extended by 60 days; and

STIPULATION AND [PROPOSED] ORDER RE FURTHER
 CASE MANAGEMENT CONFERENCE                           1

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their attorneys, that the parties' further case management and ADR obligations, including the upcoming settlement conference scheduled for March 25, 2008, shall be continued until after the settlement conference and that the written discovery deadline of March 31, 2008 and deposition deadline of April 30, 2008 be extended an additional 60 days.

Dated: January 16, 2008          SHEUERMAN, MARTINI & TABARI

                                 By: /s/_____
                                     Alan L. Martini
                                     Attorneys for Plaintiff

Dated: January 16, 2008          McCURDY & FULLER LLP

                                 By: /s/_____
                                     Kevin G. McCurdy
                                     Attorneys for Defendant
                                     PEERLESS INSURANCE COMPANY

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: January 16, 2008          SHEUERMAN, MARTINI & TABARI

                                 By: /s/_____
                                     Alan L. Martini
                                     Attorneys for Plaintiff

**ORDER**

Good cause appearing therefor based upon the above stipulation of the parties,

IT IS HEREBY ORDERED that the further Case Management Conference is continued to __May 30_____, 2008, pending the settlement conference now scheduled for March 25, 2008, and that the written discovery deadline of March 31, 2008 is extended to May 31, 2008, and the deposition deadline of April 30, 2008 is extended to June 30, 2008.

Dated: __1/18/08_____     _____
                                       UNITED STATES DISTRICT COURT JUDGE
                                       JEREMY FOGEL

STIPULATION AND [PROPOSED] ORDER RE FURTHER
CASE MANAGEMENT CONFERENCE                3