KEVIN G. McCURDY (SBN 115083)
BRONWEN LACEY (SBN 226751)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
  bronwen.lacey@mccurdylawyers.com

Attorneys for Defendant
PEERLESS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| WESTCOR RETAIL GROUP, LLC.,<br><br>Plaintiff,<br><br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Corporation, DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: C07-03810 JF<br><br>**DEFENDANT PEERLESS INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO COMPEL AN APPRAISAL AND STAY THE ACTION PENDING THE APPRAISAL**<br><br>Date: April 18, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Judge: Honorable Jeremy Fogel |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 18, 2008 at 9:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 3 of the above-entitled Court, located at 280 South First Street, San Jose, California 95113, defendant Peerless Insurance Company ("Peerless") will and hereby does move the Court for an order compelling an appraisal and staying the action pursuant to 9 U.S.C. §§ 3 and 4 and California Code of Civil Procedure § 1281.2 because plaintiff Westcor Retail Group, LLC ("Westcor") refuses to participate in the appraisal demanded by Peerless regarding the amount of the loss sustained by Westcor as required by Peerless' insurance policy.

This motion is based on this notice of motion and motion to compel an appraisal and stay

27294

- 1 -

**Peerless Insurance Company's Notice of Motion and
Motion to Compel Appraisal and Stay the Action Pending Appraisal**

the action pending the appraisal, the accompanying memorandum of points and authorities, the declarations of Michael Catton and Kevin G. McCurdy and attached exhibits, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing on this motion.

Dated: March 5, 2008

McCURDY & FULLER, LLP

By: /s/ Kevin G. McCurdy
KEVIN G. McCURDY
BRONWEN E. LACEY
Attorneys for Defendant
PEERLESS INSURANCE CO.

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

27294

- 2 -

Peerless Insurance Company's Notice of Motion and
Motion to Compel Appraisal and Stay the Action Pending Appraisal