KEVIN G. McCURDY (SBN 115083)
BRONWEN LACEY (SBN 226751)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
         bronwen.lacey@mccurdylawyers.com

Attorneys for Defendant
PEERLESS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| WESTCOR RETAIL GROUP, LLC., <br><br> Plaintiff, <br><br> v. <br><br> PEERLESS INSURANCE COMPANY, a New Hampshire Corporation, DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO.: C07-03810 JF <br><br> **DECLARATION OF KEVIN G. McCURDY IN SUPPORT OF DEFENDANT PEERLESS INSURANCE COMPANY'S MOTION TO COMPEL AN APPRAISAL AND STAY THE ACTION PENDING THE APPRAISAL** <br><br> Date: April 18, 2008 <br> Time: 9:00 a.m. <br> Courtroom: 3 <br> Judge: Honorable Jeremy Fogel |

I, Kevin G. McCurdy, declare as follows:

1. I am an attorney licensed to practice before this Court and am a partner of McCurdy & Fuller LLP, attorneys for defendant Peerless Insurance Company ("Peerless") in this action. The statements made in this declaration are made on the basis of my own personal knowledge and I could, and would, competently testify thereto if called upon to do so.

2. On February 15, 2008 in a telephone conversation with Alan Martini, counsel for Westcor Retail Group, LLC ("Westcor"), I requested that Westcor agree to an appraisal of the property since the parties dispute the amount of the loss. Mr. Martini informed me that Westcor would not participate in an appraisal and would not agree to stay this action.

3. Attached hereto as Exhibit 1 is a true and correct copy of a February 21, 2008 letter I sent to Mr. Martini requesting an appraisal. I have not received a response to the February 21,

27290

- 1 -

2008 letter.

4. Mr. Martini recently indicated that Westcor would like to begin taking depositions in this case.

5. I was not involved in any negotiations between Westcor and Peerless regarding the amount of loss.

6. Attached hereto as Exhibit 2 is a true and correct copy of Peerless' answer in this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 5, 2008

_____
KEVIN G. MCCURDY

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

27290

- 2 -

**Declaration of Kevin G. McCurdy in Support of Peerless Insurance Company's
Motion to Compel Appraisal and Stay the Action Pending Appraisal**

**EXHIBIT 1**

**McCURDY & FULLER LLP**

4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Phone: (650) 618-3500
Fax: (650) 618-3599
www.mccurdylawyers.com

Kevin G. McCurdy			February 21, 2008			(650) 618-3502

**VIA FACSIMILE**

Alan L. Martini, Esq.
Sheuerman Martini & Tabari
1033 Willow Street
San Jose, CA 95125

      Re:    *Westcor Retail Group v. Peerless Insurance Co.*

Dear Al:

      I write to follow up on our recent conversations regarding an appraisal in this matter. On behalf of Peerless Insurance Company, I write to demand an appraisal of the loss with respect to this matter. This demand is made pursuant to the provisions of Peerless policy no. CBP9548496 as the parties have not been able to agree on the amount of the loss. The policy provides:

> 2.    If we and you disagree on the value of the property or the amount of the loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either can request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
>
>     a.    Pay its chosen appraiser; and
>
>     b.    Bear the expenses of the appraisal and umpire equally.
>
> If there is an appraisal, we will still retain our right to deny the claim.

27181

Alan L. Martini, Esq.
Re: *Westcor*
February 21, 2008
Page 2 of 2

      Based on our conversations, it is my understanding your client wishes to continue with the litigation regardless of Peerless' demand for an appraisal. Under these circumstances, we intend to file a motion to compel appraisal and stay the litigation pending completion of the appraisal. If my understanding of your client's position is incorrect, please notify me at your earliest convenience.

                                    Very truly yours,

                                      Kevin G. McCurdy

cc:    Howard S. Vallens, Esq.

27181



# McCurdy & Fuller LLP

4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Phone: (650) 618-3500
Fax: (650) 618-3599
www.McCurdyLawyers.com

## FACSIMILE TRANSMISSION

DATE: February 21, 2008

**TO:**

| NAME | FAX NO. | PHONE NO. |
|---|---|---|
| Alan L. Martini, Esq. | (408) 295-9900 | |
| Howard S. Vallens, Esq. | (310) 823-0738 | |

FROM: Kevin G. McCurdy, Esq.        PHONE: (650) 618-3502

Re:   *Westcor Retail Group v. Peerless Insurance Co.*

SENT BY: Lena                        PHONE: (650) 618-3512

| FILE NUMBER: 01330 | CALL CODE: |
|---|---|
| NUMBER OF PAGES INCLUDING COVER: 3 | ORIGINALS FOLLOW BY MAIL: NO |

**MESSAGE:**

THE DOCUMENTS ACCOMPANYING THIS FACSIMILE TRANSMISSION CONTAIN INFORMATION FROM THE LAW FIRM OF MCCURDY & FULLER WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED TO BE FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS FAXED INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETRIEVAL OF THE ORIGINAL DOCUMENTS AT NO COST TO YOU.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL AS SOON AS POSSIBLE.**

26522

```
* * *  COMMUNICATION RESULT REPORT ( FEB. 21. 2008  3:09PM ) * * *

                                              FAX HEADER 1:  MCCURDY & FULLER
                                              FAX HEADER 2:  6506183599

TRANSMITTED/STORED : FEB. 21. 2008  3:01PM
FILE MODE          OPTION            ADDRESS                    RESULT         PAGE
-----------------------------------------------------------------------------------
5613 MEMORY TX                       G3  :   408 295 9900       OK             3/3
                                     G3  :   8055459005         OK             3/3
-----------------------------------------------------------------------------------
      REASON FOR ERROR
      E-1) HANG UP OR LINE FAIL              E-2) BUSY
      E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
      E-5) MAIL SIZE OVER
```



# McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Phone: (650) 618-3500
Fax: (650) 618-3599
www.McCurdyLawyers.com

## FACSIMILE TRANSMISSION

DATE: February 21, 2008

TO:

| NAME | FAX NO. | PHONE NO. |
|---|---|---|
| Alan L. Martini, Esq. | (408) 295-9900 | |
| Howard S. Vallens, Esq. | (310) 823-0738 | |

FROM: Kevin G. McCurdy, Esq.         PHONE: (650) 618-3502

Re:  *Westcor Retail Group v. Peerless Insurance Co.*

SENT BY: Lena                         PHONE: (650) 618-3512

| FILE NUMBER: 01330 | CALL CODE: |
|---|---|
| NUMBER OF PAGES INCLUDING COVER: 3 | ORIGINALS FOLLOW BY MAIL: NO |

MESSAGE:

THE DOCUMENTS ACCOMPANYING THIS FACSIMILE TRANSMISSION CONTAIN INFORMATION FROM THE LAW FIRM OF MCCURDY & FULLER WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED TO BE FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS FAXED INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETRIEVAL OF THE ORIGINAL DOCUMENTS AT NO COST TO YOU.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL AS SOON AS POSSIBLE.

26522

**EXHIBIT 2**

KEVIN G. McCURDY (SBN 115083)
BRONWEN LACEY (SBN 226751)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
bronwen.lacey@mccurdylawyers.com

Attorneys for Defendant
PEERLESS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| WESTCOR RETAIL GROUP, LLC., <br><br> Plaintiff, <br><br> v. <br><br> PEERLESS INSURANCE COMPANY, a New Hampshire Corporation, DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO.: C07-03810 JF <br><br> **DEFENDANT PEERLESS INSURANCE COMPANY'S ANSWER TO COMPLAINT FOR BREACH OF CONTRACT, AND BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING** |

Defendant Peerless Insurance Company ("Peerless") answers, avers to and denies the allegations of the complaint on file as follows:

1. Peerless lacks knowledge or information sufficient to respond to the allegations in paragraph 1 and therefore, denies the allegations.

2. Peerless admits the allegations of paragraph 2.

3. Peerless lacks knowledge or information sufficient to respond to the allegations in paragraph 3 and therefore, denies the allegations.

4. Peerless lacks knowledge or information sufficient to respond to the allegations in paragraph 4 and therefore, denies the allegations.

5. Peerless admits the allegations of paragraph 5.

6. Peerless lacks knowledge or information sufficient to respond to the allegations in paragraph 6 and therefore, denies the allegations.

24966                                           - 1 -
**PEERLESS INSURANCE COMPANY'S ANSWER TO COMPLAINT**

KEVIN G. McCURDY (SBN 115083)
BRONWEN LACEY (SBN 226751)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
bronwen.lacey@mccurdylawyers.com

Attorneys for Defendant
PEERLESS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| WESTCOR RETAIL GROUP, LLC.,<br><br>Plaintiff,<br><br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Corporation, DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: C07-03810 JF<br><br>**DEFENDANT PEERLESS INSURANCE COMPANY'S ANSWER TO COMPLAINT FOR BREACH OF CONTRACT, AND BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING** |

Defendant Peerless Insurance Company ("Peerless") answers, avers to and denies the allegations of the complaint on file as follows:

1. Peerless lacks knowledge or information sufficient to respond to the allegations in paragraph 1 and therefore, denies the allegations.

2. Peerless admits the allegations of paragraph 2.

3. Peerless lacks knowledge or information sufficient to respond to the allegations in paragraph 3 and therefore, denies the allegations.

4. Peerless lacks knowledge or information sufficient to respond to the allegations in paragraph 4 and therefore, denies the allegations.

5. Peerless admits the allegations of paragraph 5.

6. Peerless lacks knowledge or information sufficient to respond to the allegations in paragraph 6 and therefore, denies the allegations.

24966
- 1 -
**PEERLESS INSURANCE COMPANY'S ANSWER TO COMPLAINT**

7. Peerless lacks knowledge or information sufficient to respond to the allegations in paragraph 7 and therefore, denies the allegations.

8. Peerless admits that it was in the business of writing insurance policies, but denies all the other allegations of paragraph 8.

9. As to paragraph 9 of the complaint, Peerless admits that Peerless issued policy number CBP9548496 to Westcor Retail Group, LLC ("Westcor"). Peerless admits the policy limits and policy period set forth in paragraph 9. Peerless lacks knowledge or information sufficient to respond to the remaining allegations in paragraph 9 and therefore, denies the allegations.

10. As to paragraph 10 of the complaint, Peerless admits that Peerless has paid $408,332.70 to Westcor for damage and loss as a result of a fire at 933 N. Main Street, Salina California 93906 on October 13, 2005. Peerless denies the remaining allegations in paragraph 10.

11. Peerless lacks knowledge or information sufficient to respond to the allegations of paragraph 11 and therefore, denies the allegations.

### FIRST CAUSE OF ACTION

12. Peerless incorporates by reference herein paragraphs 1 through 11 of this answer.

13. As to paragraph 13 of the complaint, Peerless admits that Peerless has paid $408,332.70 to Westcor for damage and loss as a result of a fire at 933 N. Main Street, Salina California 93906 on October 13, 2005. Peerless denies the remaining allegations in paragraph 13.

14. Peerless denies the allegations of paragraph 14.

### SECOND CAUSE OF ACTION

15. Peerless incorporates by reference herein paragraphs 1 through 14 of this answer.

16. Peerless lacks knowledge or information sufficient to respond to the allegations of paragraph 16 and therefore, denies the allegations.

17. Peerless denies the allegations of paragraph 17.

18. Peerless denies the allegations of paragraph 18.

19. Peerless denies the allegations of paragraph 19.

20. Peerless denies the allegations of paragraph 20.

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

24966

- 2 -

**PEERLESS INSURANCE COMPANY'S ANSWER TO COMPLAINT**

21. Peerless denies the allegations of paragraph 21.

## AFFIRMATIVE DEFENSES

Peerless asserts the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state facts sufficient to constitute a cause of action against Peerless.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the appraisal provision in the alleged Peerless policy.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver and estoppel.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of laches and unclean hands.

### FIFTH AFFIRMATIVE DEFENSE

Peerless had no duty to plaintiff in connection with the events alleged in the complaint.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the terms and conditions of the alleged Peerless policy.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate its damages, if any.

### NINTH AFFIRMATIVE DEFENSE

The sole and proximate cause of the incidents complained of by plaintiff was due to the acts or omissions of persons and entities other than Peerless.

### TENTH AFFIRMATIVE DEFENSE

Peerless has performed all obligations owed to plaintiff under the alleged Peerless policy.

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff failed to comply with the terms and provisions of the alleged Peerless policy.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's complaint is barred by the doctrines of res judicata, and/or collateral estoppel.

WHEREFORE, Peerless prays:

(1) That plaintiff take nothing by his complaint against Peerless;

(2) For costs of suit incurred herein; and

(3) For such other and further relief as may be just.

Dated: October 1, 2007

MCCURDY & FULLER, LLP

By: /Kevin G. McCurdy/
KEVIN G. MCCURDY
Attorneys for Defendant
PEERLESS INSURANCE CO.

PEERLESS INSURANCE COMPANY'S ANSWER TO COMPLAINT

## DEMAND FOR JURY TRIAL

Peerless demands a trial by jury.

Dated: October 1, 2007

                              MCCURDY & FULLER, LLP

By: /Kevin G. McCurdy/
    KEVIN G. MCCURDY
    Attorneys for Defendant
    PEERLESS INSURANCE CO.

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

24966

- 5 -

PEERLESS INSURANCE COMPANY'S ANSWER TO COMPLAINT