KEVIN G. McCURDY (SBN 115083)
BRONWEN LACEY (SBN 226751)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
        bronwen.lacey@mccurdylawyers.com

Attorneys for Defendant
PEERLESS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

CASE NO.: C07-03810 JF

WESTCOR RETAIL GROUP, LLC.,

　　　　Plaintiff,

v.

PEERLESS INSURANCE COMPANY, a
New Hampshire Corporation, DOES 1
through 50, inclusive,

　　　　Defendants.

**DECLARATION OF MICHAEL
CATTON IN SUPPORT OF
DEFENDANT PEERLESS INSURANCE
COMPANY'S MOTION TO COMPEL
AN APPRAISAL AND STAY THE
ACTION PENDING THE APPRAISAL**

**Date: April 18, 2008**
**Time: 9:00 a.m.**
**Courtroom: 3**
**Judge: Honorable Jeremy Fogel**

I, Michael Catton, declare as follows:

1.　　I am employed by Golden Eagle Insurance, the authorized claim representative for

Peerless Insurance Company ("Peerless") with respect to the claims asserted in this action. I am

responsible for adjusting and handling Westcor Retail Group LLC's ("Westcor") claim for

insurance coverage for a fire loss that occurred on October 13, 2005. The statements made in this

declaration are based on my own personal knowledge and I could, and would, competently testify

thereto if called upon to do so.

2.　　Peerless issued policy no CBP9548496 to Westcor for the period December 31,

2004 to December 31, 2005 (the "Policy"). Attached hereto as Exhibit 1 is a true and correct copy

of the Policy.

3.　　Peerless received a claim from Westcor that it incurred a loss on or about October

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

1  13, 2005 when one of the Westcor's commercial buildings located at 933 N. Main Street, Salinas,

2  California was damaged by a fire.

3       4.     To date, Peerless has paid Westcor $408,332.70 for damage and loss as a result of

4  the October 13, 2005 fire.

5       5.     Prior to and since the time Westcor filed this action, I and Peerless' consultant have

6  been involved in ongoing discussions and negotiations with Westcor and its attorneys, Joseph

7  Durante initially and Alan Martini more recently, regarding the appropriate amount of the loss.

8  The discussions were conducted outside of this litigation and did not involve Peerless' counsel.

9       6.     To date, the parties have not resolved their differences over the amount of the loss.

10       7.     I declare under penalty of perjury under the laws of the State of California that the

11  foregoing is true and correct.

12

Dated:  February 29, 2008

_____
MICHAEL CATTON

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

27310.doc

- 2 -

**Declaration of Michael Catton in Support of Peerless Insurance Company's**
**Motion to Compel Appraisal and Stay the Action Pending Appraisal**

# EXHIBIT 1



Coverage is provided in:

## PEERLESS INSURANCE COMPANY - A STOCK COMPANY

This policy has been prepared for:

WESTCOR RETAIL GROUP LLC
C/O ROYAL MANAGEMENT GROUP INC
933 NORTH MAIN ST SUITE A-3
SALINAS CA   93906

**DUPLICATE**

Agent Name and Address:

QUISENBERRY INSURANCE INC
PO BOX 191
NORTH HOLLYWOOD CA   91603

Agent Code:  **4295266**

Agent's Phone Number:  (818)-762-2151

Your insurance policy is enclosed. Please place it with your important papers.

Thank you for selecting us to service your insurance needs!

I HEREBY CERTIFY THAT THIS A TRUE AND
ACCURATE COPY OF THE ABOVE NUMBERED
POLICY AS OF THE DATE OF ISSUANCE...

(AUTHORIZED REPRESENTATIVE)

**INSURED COPY**

# TERRORISM INSURANCE PREMIUM DISCLOSURE
# AND OPPORTUNITY TO REJECT

**THIS NOTICE CONTAINS IMPORTANT INFORMATION ABOUT THE TERRORISM RISK INSURANCE ACT OF 2002 AND YOUR OPTION TO REJECT TERRORISM INSURANCE COVERAGE. PLEASE READ IT CAREFULLY.**

## THE TERRORISM RISK INSURANCE ACT OF 2002

On November 26, 2002, President Bush signed into law the Terrorism Risk Insurance Act of 2002. The Act establishes a temporary program to spread the risk of catastrophic losses from certain acts of terrorism between insurers and the federal government. The stated purpose of the Act is "to protect consumers by addressing market disruptions and ensure the continued widespread availability and affordability of property and casualty insurance for terrorism risk."

The Act requires insurers to pay losses from certain acts of terrorism up to an amount equal to a percentage of their direct earned premium. This amount is called the "insurer deductible." If an individual insurer's losses exceed this amount, the federal "Terrorism Insurance Program" will reimburse the insurer for 90% of losses paid in excess of the insurer deductible. An insurer that has met its insurer deductible is not liable for any portion of losses in excess of $100 billion per year. Similarly, the federal government is not liable for any losses covered by the Act that exceed this amount.

## MANDATORY AVAILABILITY OF COVERAGE FOR "ACTS OF TERRORISM"

Under the Act, insurers must make coverage available for any loss that occurs within the United States, results from an "act of terrorism" <u>AND</u> is otherwise covered under your policy.

An "act of terrorism" means:

[A]ny act that is certified by the Secretary [of the Treasury], in concurrence with the Secretary of State, and the Attorney General of the United States

(i)  to be an act of terrorism;

(ii)  to be a violent act or an act that is dangerous to –

    (I)  human life;

    (II)  property; or

    (III) infrastructure;

(iii) to have resulted in damage within the United States, or outside of the United States in the case of –

    (I)  an air carrier (as defined in section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States); or

    (II) the premises of a United States mission; and

(iv) to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

## REJECTION OF TERRORISM INSURANCE COVERAGE – WHAT YOU MUST DO

We have included in your policy coverage for losses resulting from an "act of terrorism" as defined above. This coverage is subject to all of the terms, definitions, exclusions and conditions contained in the policy. THE PREMIUM CHARGE FOR THIS COVERAGE APPEARS ON THE DECLARATIONS PAGE OF THE POLICY. If we are providing you with a quote, the premium charge will also appear on your quote as a separate line item charge.

**IMPORTANT.** Please note that even though your policy provides this coverage, <u>and except for workers compensation insurance</u>, losses caused by war will still be excluded from coverage under your policy. LOSSES RESULTING FROM TERRORIST ACTS THAT THE SECRETARY OF THE TREASURY FAILS TO CERTIFY AS FALLING WITHIN THE FEDERAL TERRORISM INSURANCE PROGRAM WILL ALSO BE EXCLUDED WHERE PERMITTED BY STATE LAW.

You are entitled to reject this coverage. If you do, the premium charge for this coverage will be removed from your policy and you will not be covered for losses resulting from an "act of terrorism."

Note that with respect to a Commercial Umbrella Liability Policy, if you choose not to reject this coverage, you must maintain coverage for "acts of terrorism" in your Underlying Insurance. Note also that if your policy covers locations in more than one state, the rejection of coverage would only apply in those states that allow exclusions for an "act of terrorism."

---

IF YOU CHOOSE TO REJECT THIS COVERAGE, PLEASE CHECK THE BOX BELOW, SIGN THE ACKNOWLEDGMENT, AND RETURN IT IN THE ENCLOSED ENVELOPE:

—  I hereby reject this offer of coverage. I understand that by rejecting this offer, I will have no coverage for losses arising from an "act of terrorism" and my policy will be endorsed accordingly.

_____

**Policyholder/Applicant Signature**

_____

**Print Name**

_____

**Date**

THE SUMMARY OF THE ACT AND THE COVERAGE UNDER YOUR POLICY CONTAINED IN THIS NOTICE IS NECESSARILY GENERAL IN NATURE. YOUR POLICY CONTAINS SPECIFIC TERMS, DEFINITIONS, EXCLUSIONS AND CONDITIONS. IN CASE OF ANY CONFLICT, YOUR POLICY LANGUAGE WILL CONTROL THE RESOLUTION OF ALL COVERAGE QUESTIONS. PLEASE READ YOUR POLICY CAREFULLY.

If you have any questions regarding this notice, please contact your agent.

---

FOLD                                                                                                          FOLD

**Policy Number:**

9548496

**Insured Name:**

WESTCOR RETAIL GROUP LLC

**Effective Date:**

12/31/2004

GOLDEN EAGLE INSURANCE
525 B STREET
SAN DIEGO  CA 92101
|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

**Please fold on line.  Company address must show through window.**

ST-ML-505 (11/02)
Page 2 of 2

# IMPORTANT INFORMATION

## Consumer Affairs – California

Because of the complicated nature of the insurance business, there may be times when you will have questions regarding your coverage or the premium charged, or a problem may occur with your policy.  If this occurs we urge you to contact either your agent or broker to answer your question or resolve your problem.  However, if you are unable to receive a satisfactory answer or resolution to your problem, please contact us directly:

**Golden Eagle Insurance Corporation
The Netherlands Insurance Company
The Peerless Insurance Company**

Underwriting: 1-800-444-4452
Billing: 1-800-672-8130
Property/ Casualty Claims: 1-800-933-2453
Workers Compensation Claims: 1-800-603-6438
All Other Calls: 619-744-6000

If you are still not satisfied, you may contact the following State Agency:

## California Department of Insurance

300 South Spring Street
Los Angeles, CA 90013

Toll Free Number: 1-800-927-HELP (Calif. only)

# IMPORTANT NOTICE TO POLICYHOLDERS

With respect to insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
COMMERCIAL PROTECTOR® LIABILITY COVERAGE FORM
COMMERCIAL UMBRELLA LIABILITY POLICY

Your liability insurance is being renewed at this time with the addition of the Lead Exclusion. This results in some clarifications and reductions in coverage.

Following is a summary of the exclusion. NO COVERAGE IS PROVIDED BY THIS SUMMARY nor can it be construed to replace any provision in your policy. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

### LEAD EXCLUSION SUMMARY

**A. CLARIFYING CHANGES** – language has been added for the purpose of clarity but there is no change in coverage intent.

Coverage is not provided for:

(1) Any injury or damage arising out of any premises or operations involving the mining, processing, manufacture, storage, installation, sale, distribution, removal, disposal, handling, inhalation, ingestion, absorption, use or existence of lead or lead contained in goods, products or materials.

(2) Any loss, cost or expense arising out of any:

   (a) Request, demand, order, or statutory or regulatory requirement that any insured or others in any way respond to, or assess the effects of lead or lead contained in goods, products or materials.

   (b) Claim or suit by or on behalf of a governmental authority for damages because of any response to or assessment of the effects of lead or lead contained in goods, products or materials.

**B. REDUCTIONS IN COVERAGE** – language has been added which has resulted in reductions in coverage.

Coverage is not provided for any     injury or damage arising out of lead and lead contained in goods, products or materials if such injury or damage is included in the products or completed operations hazard.

# NOTICE TO POLICYHOLDERS
# COMMERCIAL GENERAL LIABILITY
# BROADENINGS, RESTRICTIONS AND CLARIFICATIONS OF COVERAGE

This notice has been prepared in conjunction with the implementation of changes to your policy. It contains a brief synopsis of the significant broadenings, restrictions and clarifications of coverage that were made in each policy form and endorsement. This notice does not reference every editorial change made in these forms and endorsements.

Please read your policy, and the endorsements attached to your policy, carefully.

## PERSONAL AND ADVERTISING INJURY LIABILITY

### Form GECG 650 – Amendment of Coverage B Personal and Advertising Injury Liability

This endorsement revises the coverage afforded under Coverage B of the CG 00 01 (10 01) policy form and results in broadening coverage in certain respects, clarifies the coverage afforded there under and may, in certain states, result in a decrease in other respects. The impacts of the changes in the revision are very difficult to quantify and may differ in different states.

## BROADENINGS OF COVERAGE

By this endorsement, Coverage B is specifically extended to advertising via the Internet and/or through the Insured's own Web site. Advertising via electronic transmissions and new media sources accessible to the public at large meets this definition.

## RESTRICTIONS IN COVERAGE

Trade dress infringement, a species of trademark infringement, is now also excluded from coverage. The definition of "personal and advertising injury" has been modified to delete reference to "trade dress" infringement as an enumerated offense. There is no duty to defend suits alleging trademark and/or trade dress infringement under Coverage B as modified by this endorsement.

Likewise, the definition of the term "advertising" has been modified to specify that the design, packaging or labeling of any goods or products do not themselves constitute advertising. Thus allegations of trade dress infringement in the appearance of goods alone do not trigger coverage under the insuring clause of Coverage B as modified by this endorsement.

## CLARIFICATIONS IN COVERAGE AND EDITORIAL REVISIONS

The endorsement includes an expanded definition of the term "advertising." This clarification is intended to comport with the legal decisions construing the plain meaning of that term as limited to information disseminated to the public at large. In states that have defined one-on-one sales solicitations or limited communications to a particular market segment as advertising, this definition could restrict coverage.

The new definition also specifies the media that constitute advertising and include new media outlets such as Internet advertising and advertising via a web site created and maintained by the Insured.

# IMPORTANT NOTICE TO POLICYHOLDERS

**This notice describes changes in your General Liability Gold Endorsement. This notice is not a part of your policy. For complete information on all coverages, terms, conditions and exclusions, please review your policy and its endorsements. If there is any conflict between your policy and this notice, <u>the provisions of the policy shall prevail.</u>**

Your General Liability Gold endorsement coverage has been changed. Please note the following differences:

We have removed the restrictions and clarifications to Coverage B, Personal and Advertising Injury, from this endorsement. The coverage and any restrictions or extensions are covered in the current policy forms and endorsements.

Coverage C. Medical Payments section 2. Expenses for dental services have been deleted.

ST-GLCA-402 (09/04)                                                                                                                    **Page 1 of 1**

# NOTICE TO POLICYHOLDERS
## COMMERCIAL GENERAL LIABILITY
## BROADENINGS, RESTRICTIONS AND CLARIFICATIONS OF COVERAGE

This notice has been prepared in conjunction with the implementation of changes to your policy. It contains a brief synopsis of the significant broadenings, restrictions and clarifications of coverage that were made in each policy form and endorsement. This notice does not reference every editorial change made in these forms and endorsements.

Please read your policy, and the endorsements attached to your policy, carefully.

### INTERNET LIABILITY

Internet Liability has been listed separately because the changes in these coverage forms result in broadening in coverage in certain respects and may, in certain states, result in a decrease in other respects. The impacts of the changes in the revision are very difficult to quantify and may differ in different states.

### BROADENINGS OF COVERAGE

**CG 00 01 10 01 – Commercial General Liability Coverage Form**

- The definition of "coverage territory" in these coverage forms has been expanded to include personal and advertising injury offenses that take place via the Internet or other electronic means of communication, limited to some extent by the location where the suit is filed.

### RESTRICTIONS IN COVERAGE

**CG 00 01 10 01 – Commercial General Liability Coverage Form**
**CG 00 09 10 01 – Owners And Contractors Protective Liability Coverage Form**
**CG 00 37 10 01 – Products/Completed Operations Liability Coverage Form**

- The definition of "property damage" in these coverage forms has been revised to expressly state that electronic data is not tangible property. In most states, the question of whether electronic data is tangible has not been finally decided by the courts in the context of the prior policy language. We do not consider electronic data to be tangible, and therefore, do not consider damage to such data to be "property damage." In jurisdictions where such data is ruled not to be tangible property under prior forms, this change amounts to a reinforcement of current intent. However, to some, this change may be considered a decrease in coverage, if such property is held to be tangible under prior forms. For that reason, out of caution, we are listing it as a decrease. Also, the description of electronic data was added.

**CG 00 01 10 01 – Commercial General Liability Coverage Form**

- The former Coverage B Personal and Advertising Injury Liability exclusion pertaining to an insured whose business is advertising, broadcasting, publishing or telecasting has been revised to include Internet type businesses such as web-site designers, and Internet search, access, content and service providers. However, a provision has been added to the exclusion which states that placing of frames, borders or links, or advertising for the named insured or others anywhere on the Internet is not, by itself, considered the business of advertising, broadcasting, publishing or telecasting.

- An exclusion has been added to Coverage B for "personal and advertising injury" arising out of electronic chat rooms or bulletin boards.

### CLARIFICATIONS IN COVERAGE

**CG 00 01 10 01 – Commercial General Liability Coverage Form**

- These coverage forms have been clarified with respect to the definition of "personal and advertising injury" offenses such as slander, libel and invasion of privacy by specifically applying the word "publication" to include all types of publication, including those that are electronic.

- These coverage forms have been clarified with respect to the definition of "advertisement" to include notices that are published via the Internet and other forms of electronic communication. Also a statement was included in the definition specifying that the definition applies to advertising material only, when other material, as well as advertising, is put forth on a web-site.

© ISO Properties Inc., 2001

**ST-GLCA-410 (01/04)**

12/31/2004      9548496          NEUSXLYC0911      **INSURED COPY**      PGDM060D  J06677      GCAFPPN    00010001   Page      15

- An exclusion has been added to Coverage B Personal and Advertising Injury Liability to specifically reference the intellectual property rights of copyright, patent, trademark or trade secret. However, there is an exception to this exclusion for personal and advertising injury offenses of copyright, trade dress or slogan in an "advertisement"

- An exclusion has been added to Coverage B pertaining personal and advertising injury arising out the use of the Internet to divert another's customers away from a web-site.

## OTHER CHANGES

## BROADENINGS OF COVERAGE – COVERAGE FORMS

### CG 00 01 10 01 – Commercial General Liability Coverage Form

- The Criminal Acts exclusion under Coverage B Personal and Advertising Injury Liability in these coverage forms is changed to permit coverage for the vicarious liability of other insureds who have no knowledge of a criminal act.

- Section II – Who Is An Insured in these coverage forms is broadened to include trusts as Named Insureds when designated in the policy Declarations.

- Section II – Who Is An Insured in these coverage forms is broadened to automatically include "volunteer workers" as insureds, but only while performing duties related to the conduct of the insured's business.

## BROADENINGS OF COVERAGE – ENDORSEMENTS

### CG 04 36 10 01 – Limited Product Withdrawal Expense Endorsement

- When attached to the Commercial General Liability or Products/Completed Operations Liability Coverage Forms, this new endorsement provides reimbursement for certain expenses incurred because of a product withdrawal due to a recall or tampering.

### CG 20 37 10 01 – Additional Insured – Owners, Lessees Or Contractors – Completed Operations

- This endorsement provides a broadening of coverage by explicitly providing completed operations coverage for a specified additional insured.

### CG 22 62 10 01 – Underground Resources And Equipment Coverage

- This endorsement provides a broadening of coverage by adding an exception to the "damage to property" exclusion with respect to the care, custody or control provision. Coverage will be provided for such liability arising out of property damage included in the "underground resources hazard" for those oil or gas producing or servicing classes of risks otherwise excluded by CG 22 57 Exclusion – Underground Resources And Equipment Endorsement.

### CG 22 96 10 01 – Limited Exclusion – Personal And Advertising Injury – Lawyers

- This endorsement provides coverage for personal and advertising injury liability for lawyers when they perform activities that fall outside of a lawyer's professional services.

### CG 22 97 10 01 – Druggists – Broadened Coverage

- The endorsement CG 22 97, is introduced for use in the states that permit broader pharmacists duties and responsibilities.

### CG 24 22 10 01 – Amendment Of Coverage Territory – Worldwide Coverage

- When this endorsement is attached to a policy, the coverage is provided for offenses and occurrences anywhere in the world, subject to the limitation on where the suit is filed.

### CG 24 23 10 01 – Amendment Of Coverage Territory – Additional Scheduled Countries

- When this endorsement is attached to a policy, coverage is broadened beyond the standard coverage territory (US including its territories and possessions, Canada and Puerto Rico), to include any other country that will be specified in the Schedule subject to the limitation on where the suit is filed.

© ISO Properties Inc., 2001

INSURED COPY

**CG 24 24 10 01 – Amendment Of Coverage Territory – Worldwide Coverage With Specified Exceptions**

- When this endorsement is attached to a policy, coverage is broadened to anywhere in the world, subject to the limitation on where the suit is filed, with the exception of those countries that will be listed in the Schedule.

**CG 27 15 10 01 – Extended Reporting Period Endorsement For Employee Benefits Liability Coverage**

- This endorsement is available for purchase when canceling or non-renewing Employee Benefits Liability coverage and provides an extended period of five years during which a claim may be made by the insured.

**CG 28 05 10 01 – Personal Injury Liability Endorsement**

- This endorsement provides broadening in coverage over its prior provisions, as there will now be coverage for vicarious liability of other insureds who have no knowledge of a criminal act.

**CG 31 15 10 01 – Construction Project Management Protective Liability Coverage**

- When attached to an OCP policy, this new endorsement provides vicarious liability to the owner, contractor, architect or engineer or construction manager arising out of the work of the named insured contractor with an exception for professional services. Also, employees of the Named Insured will be covered for acts or omissions in connection with the general supervision of the contractor's operations.

- Paragraph G. Extension of Who Is An Insured has been revised to include the members of parent support groups and student groups.

**CLARIFICATIONS IN COVERAGE AND OTHER EDITORIAL REVISIONS – COVERAGE FORMS**

All General Liability coverage forms contain minor editorial revisions to provide for consistency among policies. In addition, these coverage forms have been revised to incorporate other various revisions in order to clarify coverage. Those latter changes to each individual coverage form are described below:

**CG 00 33 10 01 – Liquor Liability Coverage Form**
**CG 00 37 10 01 – Products/Completed Operations Liability Coverage Form**

- These coverage forms are revised to clarify that international waters or airspace are included under "coverage territory" but only if an "injury" occurs in the course of travel or transportation between any two of the following: US (including its territories and possessions), Puerto Rico and Canada.

**CG 00 01 10 01 – Commercial General Liability Coverage Form**
**CG 00 09 10 01 – Owners And Contractors Protective Liability Coverage Form**
**CG 00 33 10 01 – Liquor Liability Coverage Form**
**CG 00 37 10 01 – Products/Completed Operations Liability Coverage Form**

- These coverage forms have been revised to incorporate the "known injury or damage" provisions directly into the Insuring Agreement. Formerly, the Insuring Agreement in these coverage forms was amended by an endorsement to include the "known injury or damage" provisions.

**CG 00 01 10 01 – Commercial General Liability Coverage Form**
**CG 00 09 10 01 – Owners And Contractors Protective Liability Coverage Form**
**CG 00 33 10 01 – Liquor Liability Coverage Form**
**CG 00 37 10 01 – Products/Completed Operations Liability Coverage Form**

- The Legal Action Against Us Condition in these coverage forms has been revised to remove the phrase "obtained after an actual trial". This is because the definition of "suit" allows damages to be awarded through arbitration or other alternative dispute resolution, so the judgment can be obtained without an actual trial.

- The Premium Audit Condition has been revised to state that the due date for the audit premium is the date shown as the due date on the bill. This is in compliance with a National Association of Insurance Commissioners (NAIC) requirement.

**CG 00 01 10 01 – Commercial General Liability Coverage Form**

- The Aircraft, Auto Or Watercraft exclusion under Coverage A in these coverage forms is being revised to clarify the intent of this exclusion to apply even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured.

© ISO Properties Inc., 2001

**ST-GLCA-410 (01/04)**                                                                 **Page 3 of 6**

CG 00 01 10 01 – Commercial General Liability Coverage Form
CG 00 09 10 01 – Owners And Contractors Protective Liability Coverage Form
CG 00 37 10 01 – Products/Completed Operations Liability Coverage Form

- The Damage To Property exclusion in these policies is revised to clarify that expenses incurred for repairs, etc. made on the insured's own property for any reason, including to avoid injury to a third party, will not be covered.

## CLARIFICATIONS IN COVERAGE AND OTHER EDITORIAL REVISIONS – ENDORSEMENTS

CG 20 33 10 01 – Additional Insured – Owners Lessees Or Contractors – Automatic Status When Required In Construction Agreement With You

- We are revising these endorsements to clarify that completed operations coverage for an additional insured is excluded.

CG 20 22 10 01 – Additional Insured – Church Members, Officers And Volunteer Workers

- We are revising this endorsement to delete the reference to volunteer workers since the provisions relating to volunteer workers have been incorporated into the Commercial General Liability Coverage Form. This doesn't decrease coverage because of the fact that, in the prior edition of the coverage form, coverage for volunteer workers was excluded.

CG 20 35 10 01 – Additional Insured – Grantor Of Licenses – Automatic Status When Required By Licensor
CG 20 36 10 01 – Additional Insured – Grantor Of Licenses

- These new endorsements will add a person or organization who grants licenses as an additional insured to the policy of a person or organization who makes and distributes products of that person or organization. CG 20 35 provides automatic status as an additional insured of grantors of licenses. CG 20 36 requires that the grantor of the license be named in the Schedule of the endorsement.

CG 21 37 10 01 – Exclusion – Employees And Volunteer Workers As Insured (formerly Exclusion – Employees As Insureds)

- We are revising this endorsement to clarify that volunteer workers as well as employees are excluded as insureds.

CG 21 37 10 01 – Exclusion – Employees And Volunteer Workers As Insureds
CG 22 71 10 01 – Colleges Or Schools (Limited Form)
CG 22 72 10 01 – Colleges Or Schools

- The Aircraft, Auto Or Watercraft exclusion in these endorsements is being revised to clarify that this exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured.

## RESTRICTIONS IN COVERAGE – COVERAGE FORMS

CG 00 42 10 01 Underground Storage Tank Policy Designated Tanks

- This policy is revised to exclude coverage for corrective action costs due to willful noncompliance with any statute, law, or ordinance for corrective action measures in the event of an underground storage tank incident.

## RESTRICTIONS IN COVERAGE – ENDORSEMENTS

CG 21 66 10 01 Exclusion – Volunteer Workers

- When this endorsement is attached to a CGL, coverage is restricted by excluding volunteer workers as insureds from a CGL policy.

CG 22 69 10 01 Druggists

- We are revising CG 22 69 to clarify that the types of pharmacist services that are not within the traditional duties of pharmacists like writing prescriptions, administering drugs and vaccinations, and performing blood tests are excluded.

© ISO Properties Inc., 2001

INSURED COPY

**CG 22 94 10 01 Exclusion – Damage To Work Performed By Subcontractors On Your Behalf**
**CG 22 95 10 01 Exclusion – Damage To Work Performed By Subcontractors On Your Behalf – Designated Sites Or Operations**

- When these new endorsements are attached to a CGL, coverage is restricted by excluding defects in "your work" from a CGL policy, even for work performed by a subcontractor.

**CG 22 98 10 01 Exclusion – Internet Service Providers And Internet Access Providers Errors And Omissions**
**CG 22 99 10 01 Professional Liability Exclusion – Web-Site Designers**

- These endorsements are introduced to exclude coverage for injury or damage arising out of the rendering or failure to render Internet service, Internet access, web-site designer or consultant services, as these professional services are not contemplated in the CGL coverage form.

**CG 28 12 10 01 Pesticide Or Herbicide Applicator Coverage**

- This endorsement is being revised to apply the exception to the exclusion to only paragraph **1(d)** of exclusion **j.**, so that the scope of coverage for pesticide or herbicide applicator should be the same under OCP policy as it is under the CGL policy.

## EMPLOYEE BENEFITS LIABILITY COVERAGE

If your renewal contains **Employee Benefits Liability Coverage** endorsement **CG 04 35** and your expiring policy contained **Employee Benefit Program Liability Coverage Form GECG 811**, then the following changes apply to your insurance:

## BROADENINGS OF COVERAGE

- An Extended Reporting Period provision has been added. If your policy is terminated, an Extended Reporting Period is available by endorsement for an extra charge and lasts for five years

- The definition of "employee benefits program" has been revised to specifically include dental, vision and hearing plans, flexible spending accounts, employee stock ownership plans, leave of absence programs, tuition assistance programs, and transportation and health club subsidies.

## CLARIFICATIONS IN COVERAGE AND OTHER EDITORIAL REVISIONS

- Editorial changes have been made throughout to achieve consistency among policy forms.

- Your Employee Benefits Liability Coverage is now provided by an endorsement that modifies the Commercial General Liability Coverage Part, and is no longer provided by a separate and distinct coverage part. Any pertinent information such as limits of insurance, Retroactive Date and premium will be displayed either in the Schedule of the endorsement or the Declarations for the Commercial General Liability Coverage Part.

- Investigation, settlement and defense provisions are no longer addressed separately and have been incorporated into the Insuring Agreement.

- The Insuring Agreement has been revised so that a claim will be deemed to be made at the earlier of the following times: When notice of claim is received and recorded by any insured or by us, whichever comes first; or When we make settlement.

- The Supplementary Payments provisions contained in the Commercial General Liability Coverage Form apply with respect to Employee Benefits Liability Coverage except for the cost of bail bonds and the provisions related to defense of the insured's indemnitees.

- "Bodily injury", "property damage" and "personal and advertising injury", as defined in the Commercial General Liability Coverage Form, are excluded from Employee Benefits Liability Coverage.

- An exclusion for Employment-Related Practices has been added to reinforce what is already the case, that insurance does not apply with respect to wrongful termination of employment, discrimination, or other employment-related practices.

- A Dishonest, Fraudulent, Criminal or Malicious Act exclusion has been added to emphasize the coverage intent to cover only negligent acts and to expressly preclude coverage for willful or reckless violation of any statute.

© ISO Properties Inc., 2001

**ST-GLCA-410 (01/04)**

INSURED COPY

12/31/2004      9548496        NEUSXLYC0911                          PGDM060D J06677        GCAFPPN    00010005  Page      19

- A "claim", because of an act, error or omission committed on or after the Retroactive Date and before the end of the policy period, that is received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

- An Inadequacy of Performance of Investment / Advice Given With Respect To Participation exclusion has been added and expressly excludes errors in providing information on past performance of investment vehicles.

- A Taxes, Fines or Penalties exclusion has been added.

- The Who Is An Insured provisions contained in the Commercial General Liability Coverage Form apply except as amended by the Employee Benefits Liability Coverage endorsement. Note that:

- Volunteer workers and real estate managers are not insureds.

- Your employees are insureds only if authorized to administer your "employee benefit programs".

- Any person or organization having proper temporary authorization to administer your "employee benefit program", if you die, are insureds, but only until your legal representative is appointed.

- Your legal representative is an insured, if you die, but only with respect to his or her duties as such.

- Coverage under the newly acquired or formed organization provisions does not apply to any act, error or omission that was committed before you acquired or formed the organization.

- The mobile equipment provisions contained in the Commercial General Liability Coverage Form do not apply

- The Conditions contained in the Commercial General Liability Coverage Form apply except as amended by the Employee Benefits Liability Coverage endorsement.

- The Definitions contained in the Commercial General Liability Coverage Form apply except as amended by the Employee Benefits Liability Coverage endorsement.

- A defined term "claim" has been added to explain that we mean a demand or suit for damages as a result of an act, error or omission. Such a claim must be made by an employee or an employee's dependents and beneficiaries.

- A defined term, "cafeteria plans" has been added and is used in the definition of "employee benefit program".

- A defined term, "employee" has been added which means a person actively employed, formerly employed, on leave of absence or disabled, or retired. Leased workers are included, but temporary workers are not included.

## RESTRICTIONS IN COVERAGE

- The Inadequacy of Performance of Investment / Advice Given With Respect To Participation exclusion has been added and applies to advice given with respect to participation or nonparticipation in any employee benefit plan.

- An Each Employee Limit applies in lieu of the former Each Claim Limit. This is the most we will pay for all damages sustained by one employee including damages sustained by the employee's dependents and beneficiaries. The deductible amount also applies to all damages sustained by one employee including damages sustained by the employee's dependents and beneficiaries.

- The definition of "administration" does not include interpreting the "employee benefits program".

© ISO Properties Inc., 2001

# IMPORTANT NOTICE TO POLICYHOLDERS

With respect to insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
COMMERCIAL PROTECTOR® LIABILITY COVERAGE FORM

Your liability insurance is being renewed at this time with the addition of the Asbestos Exclusion. This results in some clarifications and reductions in coverage. Following is a summary of the major changes. NO COVERAGE IS PROVIDED BY THIS SUMMARY nor can it be construed to replace any provision in your policy. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

## ASBESTOS EXCLUSION SUMMARY

**A.  CLARIFYING CHANGES** – language has been added for the purpose of clarity but there is no change in coverage intent.

Coverage is not provided for:

1.  Any Injury or damage arising out of any premises or operations involving the manufacture, storage, processing, mining, use, sales, installation, removal, disposal, distribution, handling, inhalation, ingestion, absorption or existence of, exposure to, or contact with asbestos, asbestos contained in goods, products or materials, asbestos fibers or asbestos dust.

2.  Any loss, cost or expense arising out of any:

    a.  Request, demand, order, or statutory or regulatory requirement that any insured or others in any way respond to or assess the effects of asbestos, asbestos fibers or asbestos dust, or asbestos contained in goods, products or materials.

    b.  Claim or suit by or on behalf of a governmental authority for damages because of any response to or assessment of the effects of asbestos, asbestos fibers or asbestos dust, or asbestos contained in goods, products or materials.

**B.  REDUCTIONS IN COVERAGE** – language has been added which has resulted in reductions in coverage.

Coverage is not provided for any injury or damage arising out of asbestos, asbestos fibers or asbestos dust, and asbestos contained in goods, products or materials if such injury or damage is included in the products or completed operations hazard.

ST-ML-154 (12/02)                                                                                           Page 1 of 1

## COMMON POLICY DECLARATIONS (continued)

**FORMS AND ENDORSEMENTS**

**Forms and Endorsements made a part of this policy at time of issue:**
Applicable Forms and Endorsements are omitted if shown in specific Coverage Part/Coverage Form Declarations

| Form Number | | Description |
|---|---|---|
| IL0103 | - 0699 | CALIFORNIA CHANGES - ACTUAL CASH VALUE |
| IL0940 | - 0102 | EXCLUSION OF WAR, MILITARY ACTION AND TERRORISM |
| IL0950 | - 1102 | COVERAGE FOR CERTIFIED ACTS OF TERRORISM |
| CG2169 | - 0102 | WAR OR TERRORISM EXCLUSION |
| CG2177 | - 1102 | EXCEPTION TO TERRORISM EXCLUSION |
| GECPD910 | - 0689 | PUNITIVE DAMAGES |
| IL0003 | - 0689 | CALCULATION OF PREMIUM |
| IL0021 | - 1194 | BROAD FORM NUCLEAR ENDORSEMENT |
| IL0270 | - 0300 | CANCELLATION OR NON-RENEWAL |
| IL0935 | - 0898 | EXCLUSION OF CERTAIN COMPUTER RELATED LOSSES |

Countersigned:    By_____    _____
                              Authorized Representative                                                    Date

**THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc. 1982,1983, 1984, 1985.

**Date Issued: 11/09/2004**

17-57 (06/94)

**Golden Eagle
Insurance** ™
*Member of Liberty Mutual Group*

RENEWAL

EFFECTIVE DATE: 12/31/2004

| | |
|---|---|
| Policy Number: CBP9548496 | Prior Policy:  9548496 |
| Billing Type:  DIRECT BILL | |
| Coverage Is Provided In    PEERLESS INSURANCE COMPANY - A STOCK COMPANY | |
| Named Insured and Mailing Address:<br><br>    WESTCOR RETAIL GROUP LLC<br>    C/O ROYAL MANAGEMENT GROUP INC<br>    933 NORTH MAIN ST SUITE A-3<br>    SALINAS  CA   93906 | Agent:<br><br>    QUISENBERRY INSURANCE INC<br>    PO BOX 191<br>    NORTH HOLLYWOOD  CA   91603 |
| | Agent Code:  4295266       Agent Phone: (818)-762-2151 |

  *    PEERLESS INSURANCE COMPANY - A STOCK COMPANY
       P.O. Box 85826
       San Diego, CA 92186-5826

### COMMON POLICY DECLARATIONS

In return for the payment of premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

POLICY PERIOD: From : 12/31/2004   To: 12/31/2005    at 12:01 AM Standard Time at your mailing address shown above.

FORM OF BUSINESS:  LIMITED LIABILITY COMPANY

BUSINESS DESCRIPTION:  SHOPPING CENTER

This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| | PREMIUM | |
|---|---|---|
| Commercial Property Coverage Part | $      36,050.00 | |
| Boiler and Machinery Coverage Part | INCLUDED | |
| Commercial General Liability Coverage Part | INCLUDED | |
| Total Premium for all Liability Coverage Parts | $      17,257.00 | |
| Commercial Auto Coverage Part | $           150.00 | MP |
| Terrorism Risk Insurance Act of 2002 Coverage | $        1,480.00 | |
| Total Policy Premium | $      54,937.00 | |

### FORMS AND ENDORSEMENTS

Forms and Endorsements made a part of this policy at time of issue:
Applicable Forms and Endorsements are omitted if shown in specific Coverage Part/Coverage Form Declarations

| Form Number | Description |
|---|---|
| IL0017 | - 1185 COMMON POLICY CONDITIONS |

17-57 (06/94)

12/31/2004       9548496          NEUSXLYC0911                        PGDM060D J06677        GCAFPPN   00010009 Page    23

**Golden Eagle**
**Insurance**™
Member of Liberty Mutual Group

**ENDORSEMENT**

| | |
|---|---|
| Policy Number: CBP9548496 | Prior Policy:  9548496 |
| Billing Type:  DIRECT BILL | |
| Coverage Is Provided In    PEERLESS INSURANCE COMPANY - A STOCK COMPANY | |
| Named Insured and Mailing Address:<br><br>WESTCOR RETAIL GROUP LLC<br>C/O ROYAL MANAGEMENT GROUP INC<br>933 NORTH MAIN ST SUITE A-3<br>SALINAS  CA   93906 | Agent:<br><br>QUISENBERRY INSURANCE INC<br>PO BOX 191<br>NORTH HOLLYWOOD  CA   91603<br><br>Agent Code:  4295266      Agent Phone: (818)-762-2151 |

## POLICY CHANGE ENDORSEMENT

POLICY PERIOD: From: 12/31/2004   To: 12/31/2005      at 12:01 AM Standard Time at your mailing address shown above.

DESCRIPTION OF CHANGE                                      CHANGE EFFECTIVE DATE:  08/26/2005

COMMERCIAL PROPERTY LESSOR'S PLATINUM FORM GECP(11/04)
IS DELETED FROM THE POLICY.

COMMERCAIL PROPERTY LESSOR'S PLATINUM FORM GECP(07/03)
IS ADDED TO THE POLICY.

| | | | | |
|---|---|---|---|---|
| Original Annual Premium | $ | 60,509.00 | | |
| New Annualized Premium | $ | 60,509.00 | NO PREMIUM CHANGE | $            0.00 |

Countersigned:    By_____    _____
                                      Authorized Representative                              Date

                                                        Date Issued:  05/08/2006

17-60 (10/94)

INSURED COPY

# LESSORS PLATINUM ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART**

I.   **Applicable to:**

    **BUILDING AND PERSONAL PROPERTY COVERAGE FORM**

    **Section A. COVERAGE**

    1.   **Covered Property**

        The limitation of 100 feet is increased to 1000 feet in the following paragraphs:

        a.   **Building 5) b)**

        b.   **Your Business Personal Property**

        c.   **Personal Property of Others**

    **1. a. Building** is amended to include:

        6)   Bridges, roadways, patios or other paved surfaces;

        7)   Retaining walls which are not part of the building;

        8)   Fences

        9)   Signs, other than signs attached to the building.

Building property listed above is deleted from paragraph **2. Property Not Covered.**

Changes to **4. Additional Coverages**

    b.   **Preservation of Property**

        The 30 day limitation in paragraph 2) is increased to 60 days.

    c.   **Fire Department Service Charge** limit is increased from $1,000 to $5,000.

        (This coverage is not available in Arizona.)

    d.   **Pollutant Clean Up and Removal**

        The most we will pay under this Additional Coverage for each described premises limit is increased from $10,000 to $25,000. for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

The following Additional Coverages are added:

    e.   **Inventory and Appraisal**

        We will pay up to $10,000 Inventory Costs and $10,000 Appraisal Costs due to loss or damage as a result of a Covered Cause of Loss.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

GECP 901 (07-03)                                                                                                    **Page 1 of 12**

12/31/2004        9548496        NEUSXSRG905        **INSURED COPY**        PGDM060D J03592        GCAFPPN   00012492  Page        7

**f.    Accounts Receivable**

1)  We will pay:

a)  All amounts due from your customers that you are unable to collect;

b)  Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

c)  Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

d)  Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by a Covered Cause of Loss to your records of accounts receivable.

2)  We will only pay for covered property while contained inside that part of the building which you occupy at the premises described in the Declarations.

3)  The most we will pay for loss or damage in any one occurrence is $100,000.

**g.    Valuable Papers**

1)  We will pay for direct physical loss or damage to "valuable papers and records" that is your property or property of others in your care, custody or control, from a Covered Cause of Loss.

2)  "Valuable papers and records" means inscribed, printed or written documents; manuscripts; and records; including abstracts, books, deeds, drawings, films, maps or mortgages.

3)  "Valuable papers and records" does not mean money or securities; converted data; programs or instructions used in your data processing operations, including the materials on which the data is recorded.

4)  We will only pay for "valuable papers and records" while contained inside that part of the building which you occupy at the premises described in the Declarations.

5)  The most we will pay for loss or damage in any one occurrence is $100,000.

**h.    Fire Protective Equipment**

We will pay your costs to:

1)  recharge or refill fire protective equipment; and

2)  clean up and remove the fire extinguishing agent,

resulting from the discharge of a fire extinguishing agent from fire protective equipment.

The discharge must:

1)  be caused by a Covered Cause of Loss;

2)  result from the intended operation of the fire protective equipment to prevent or control a Covered Cause of Loss;

3)  be accidental; or

4)  result from a malfunction of the fire protective equipment.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

GECP 901 (07-03)                                                                                         Page 2 of 12

INSURED COPY

We will not pay for damage:

1) if you fail to use reasonable care to maintain the fire protective equipment in proper operating condition; or

2) caused by discharge at the time of servicing, refilling or testing of the fire protective equipment.

The most we will pay for loss or damage in any one occurrence is $5,000.

**i. Arson Reward for Conviction**

We will pay a reward to anyone who gives legal authorities information that leads to the conviction of anyone who commits arson with respect to any property covered by this policy. We will pay up to 10 percent of the amount of the covered fire loss or $10,000. whichever is less. No matter how many persons provide information or how many persons are convicted of arson, our liability under this coverage will not be increased.

**j. Civil Authority**

1) We will pay for the actual loss of business income you sustain and necessary extra expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from a Covered Cause of Loss.

2) The coverage for business income will begin immediately after the time of that action and will apply for a period of up to three (3) consecutive weeks after coverage begins.

3) The coverage for necessary extra expense will begin immediately after the time of that action and ends;

   a) Three consecutive weeks after the time of that action; or

   b) When your business income coverage ends; whichever is later.

If the Declarations show that you have Business Income and Extra Expense Coverage under GECP 601 Actual Loss Sustained Up to 12 Consecutive Months, the following Additional **Coverage k. Business Income and Extra Expense Actual Loss Sustained Up to 15 Consecutive Months** applies.

**k. Business Income and Extra Expense Actual Loss Sustained Up to 15 Consecutive Months**

Coverage provided under Form GECP 601 Business Income and Extra Expense Actual Loss Sustained Up To 12 Consecutive Months is modified as follows:

The limitation in this form to up to 12 consecutive months after the date of direct physical loss or damage is changed to up to 15 consecutive months after the date of direct physical loss or damage.

**l. Employee Dishonesty**

1) We will pay for direct loss of or damage to business personal property, including money and securities, resulting from dishonest acts committed by any of your employees acting alone, or in collusion with other persons (except you or your partner) with the manifest intent to:

   a) Cause you to sustain loss or damage and also

   b) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

      i) Any employee; or

      ii) Any other person or organization.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

**GECP 901 (07-03)**                                                          **Page 3 of 12**

12/31/2004     9548496          NEUSXSRG905     **INSURED COPY**     PGDM060D J03592     GCAFPPN   00012494  Page     9

   2) We will not pay for loss or damage:

      a) Resulting from any dishonest or criminal act that you or any of your partners commit whether acting alone or in collusion with other persons; or

      b) The only proof of which as to its existence or amount is dependent upon:

         i) An inventory computation; or

         ii) A profit and loss computation.

   3) The most we will pay for loss or damage in any one occurrence is $50,000.

      All loss or damage caused by one or more persons; and involving a single act or series of related acts is considered one occurrence.

Coverage provided under this Additional Coverage is subject to a Deductible equal to the Property Deductible shown in the Declarations.

"Employee" means

   1) Any natural person:

      a) While in your service and for 30 days after termination of service; and

      b) Whom you compensate directly by salary, wages or commissions; and

      c) Whom you have the right to direct and control while performing services for you; or

   2) Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding, however, any such person while having care and custody of property outside the premises.

      But "employee" does not mean any:

      1) Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

      2) Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

**m. Money and Securities**

   1) We will pay for loss of "money" and "securities" used in your business:

      a) While at a bank or savings institution;

      b) Within your living quarters or the living quarters of your partners or any employee having use and custody of the property;

      c) At the described premises; or

      d) In transit between any of these places,

      resulting from:

         i) Theft;

         ii) Disappearance; or

         iii) Destruction.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

**GECP 901 (07-03)**                                                                 **Page 4 of 12**

12/31/2004        9548496        NEUSXSRG905      **INSURED COPY**      PGDM060D J03592      GCAFPPN      00012495  Page      10

2) We will not pay for loss:

    a) Resulting from accounting or arithmetical errors or omissions;

    b) Resulting from any dishonest or criminal act committed by any of your employees, directors, trustees or authorized representatives:

        i) Acting alone or in collusion with other persons; or

        ii) While performing services for you or otherwise;

    c) Due to the giving or surrendering of property in any exchange or purchase;

    d) Of property contained in any money-operated device unless the amount of money deposited in it is recorded by a continuous recording instrument in the device; or

    e) Forgery or alteration of checks.

3) The most we will pay for loss in any occurrence is:

    a) $25,000 inside the premises for "money" and "securities" in or on the described premises; or within a bank or savings institution.

    b) $10,000 outside the premises for "money" and "securities" while anywhere else.

All loss caused by one or more persons and involving a single act or a series of related acts is considered one occurrence.

4) You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

"Money" means: Currency, coins and bank notes in current use and having a face value; and travelers checks, register checks and money orders held for sale to the public.

"Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes: Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

Coverage provided under this Additional Coverage is subject to a Deductible equal to the Property Deductible shown in the Declarations.

**n. Money Orders and Counterfeit Money**

We will pay for your loss when you accept in good faith:

1) Any money order in exchange for goods or services if the money order is not paid when presented to the issuer; or

2) Counterfeit U.S. or Canadian paper money in the regular course of business.

The most we will pay under this additional coverage is $2,500 in any one occurrence.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

GECP 901 (07-03)                                    Page 5 of 12

12/31/2004     9548496          NEUSXSRG905     **INSURED COPY**     PGDM060D J03592     GCAFPPN   00012496  Page   11

**o.  Utility Services – Direct Damage**

We will pay for loss of or damage to covered property caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage, by a Covered Cause of Loss, to the following property not on the described premises:

1)  The following types of property supplying water to the described premises: water mains and pumping stations;

2)  Property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

a)  Communication transmission lines, including fiber transmission lines;

b)  Coaxial cables; and

c)  Microwave radio relays except satellites.

d)  Overhead transmission lines are included.

3)  The following types of property supplying electricity, steam or gas to the described premises:

a)  Utility generating plants;

b)  Switching stations;

c)  Substations

d)  Transformers; and

e)  Transmission lines, including overhead transmission lines.

The most we will pay for loss under Utility Services – Direct Damage in any one occurrence is $25,000

Coverage provided under this Additional Coverage is subject to a Deductible equal to the Property Deductible shown in the Declarations.

**p.  Utility Services – Business Income and Extra Expense**

If the Declarations show that you have Business Income and/or Extra Expense Coverage, you may extend such coverage to apply to the actual loss of business income and/or extra expense you sustain at the described premises caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to property not on the described premises, which provides the following services:

1)  The following types of property supplying water to the described premises: water mains and pumping stations;

2)  Property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

a)  Communication transmission lines, including fiber transmission lines;

b)  Coaxial cables; and

c)  Microwave radio relays except satellites.

d)  Overhead transmission lines are included.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

GECP 901 (07-03)                                                                                          **Page 6 of 12**

12/31/2004        9548496        NEUSXSRG905      **INSURED COPY**    PGDM060D J03592    GCAFPPN    00012497  Page    12

3) The following types of property supplying electricity, steam or gas to the described premises:

    a) Utility generating plants;

    b) Switching stations;

    c) Substations

    d) Transformers; and

    e) Transmission lines, including overhead transmission lines.

The most we will pay for loss of Business Income and/or Extra Expense under Utility Services in any one occurrence is $25,000.

We will only pay for loss you sustain after the first 12 hours following the direct physical loss or damage to the property described above.

**q. Ordinance Or Law Coverage**

1) Coverage A – Coverage for Loss to the Undamaged Portion of the Building:

If a Covered Cause of Loss occurs to covered building property, we will pay under Coverage A for the loss in value of the undamaged portion of the building as a consequence of enforcement of any ordinance or law that:

    a) Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss.

    b) Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

    c) Is in force at the time of loss.

Coverage A is included within the Limit of Insurance shown in the Declarations as applicable to the covered building property. Coverage A does not increase the Limit of Insurance.

2) Coverage B – Demolition Cost Coverage

If a Covered Cause of Loss occurs to covered building property, we will pay the cost to demolish and clear the site of undamaged parts of the property, caused by enforcement of building, zoning or land use ordinance or law.

3) Coverage C – Increased Cost of Construction Coverage

If a Covered Cause of Loss occurs to the covered building property, we will pay for the increased cost to:

    a) Repair or reconstruct damaged portions of that building property; and/or

    b) Reconstruct or remodel undamaged portions of that building property, whether or not demolition is required;

when the increased cost is a consequence of enforcement of building, zoning or land use ordinance or law.

However:

    i) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

INSURED COPY

12/31/2004        9548496            NEUSXSRG905              PGDM060D J03592        GCAFPPN   00012498  Page      13

     ii)  We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

4) Loss Payment

Under Coverage A, loss to the building, including loss in value of the undamaged portion of the building due to the enforcement of an ordinance or law, will be determined as follows:

   a)  If the Replacement Cost Coverage Option applies and the property is repaired or replaced on the same or another premises, we will not pay more than the lesser of:

      i)  The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

      ii)  The Limit of Insurance shown in the Declarations as applicable to the covered building property.

   b)  If the Replacement Cost Coverage Option applies and the property is not repaired or replaced, or if the Replacement Cost Coverage Option does not apply, we will not pay more than the lesser of:

      i)  The actual cash value of the building at the time of loss; or

      ii)  The Limit of Insurance shown in the Declarations as applicable to the covered building property.

Subject to the limit below, under Coverage B – Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

We will not pay under Coverage C – Increased Cost of Construction:

   a)  Until the property is actually repaired or replaced, at the same or another premises; and

   b)  Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

The most we will pay for the total of all covered losses for Coverage B – Demolition Cost and Coverage C – Increased Cost of Construction in any one occurrence is the lesser of: 25% of the Limit of Insurance shown in the Declarations as applicable to the covered building property; or $100,000.

This limit is additional insurance and is not part of the Limit of Insurance shown in the Declarations as applicable to the covered building property.

5) Exclusions

   a)  We will not pay under this coverage for loss due to any ordinance or law:

      i)  That you were required to comply with before the loss, even if the building was undamaged; and

      ii)  You failed to comply with.

   b)  We will not pay under this coverage for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

**GECP 901 (07-03)**                                                                                                                    **Page 8 of 12**

**INSURED COPY**

12/31/2004    9548496      NEUSXSRG905          PGDM060D J03592    GCAFPPN   00012499  Page    14

r.  **Lost Key Coverage**

We will pay for consequential loss to keys and locks if a master key or grand master key is lost or damaged resulting from a Covered Cause of Loss. We will pay for the actual cost to replace keys, adjustment of locks to accept new keys, or if required, new locks, including the cost of their installation.

The most we will pay for loss or damage under this coverage is $10,000 in any one occurrence.

s.  **Lost Lease Coverage – Lessors Interest**

If the Declarations show you have Business Income Coverage under form GECP601, Business Income and Extra Expense Actual Loss sustained Up to 12 Consecutive Months, that form is amended to include the following:

1)  We will pay for loss you sustain due to the cancellation of lease contracts by your tenants when the reason for cancellation of the lease is direct physical loss or damage to the leased premises caused by or resulting from a Covered Cause of Loss during the policy period.

2)  We will not pay for any loss caused by:

   a)  Your canceling the lease;

   b)  The suspension, lapse or cancellation of any license; or

   c)  Any other consequential loss.

3)  The most we will pay under this coverage is:

   a)  The difference between the rent actually paid at the described premises and the anticipated rental value of the described premises that you lease for:

      i)  12 months immediately following the period of restoration; or,

      ii)  for the period beginning with the end of the period of restoration and ending with the normal expiration date of each canceled lease; or

      iii)  $25,000 at any one location;

      whichever is less.

t.  **Tenant Move Back Coverage**

We will pay expenses incurred by you for "Covered Move Back Costs" of tenants who temporarily vacate a portion of a covered building property at the premises described in the Declarations. The vacancy must have occurred while the portion of the covered building property rented by the tenant could not be occupied due to direct physical loss or damage to your Covered Property caused by or resulting from any Covered Cause of Loss during the policy period. The move back must take place within 60 days after the portion of the covered building property rented by the tenant has been repaired or rebuilt and is ready for occupancy.

We will pay for "Covered Move Back Costs" whether or not the tenant(s) move back before the expiration date of this policy.

"Covered Move Back Costs" under this endorsement means documented, reasonable and necessary:

1)  Costs of packing, insuring and carting business personal property;

2)  Costs of re-establishing electric utility services, less refunds from discontinued services;

3)  Costs of assembling and setting up fixtures and equipment; and

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

GECP 901 (07-03)                                                                 Page 9 of 12

12/31/2004     9548496          NEUSXSRG905     **INSURED COPY**     PGDM060D J03592     GCAFPPN     00012500  Page     15

    4)   Costs to unpack and reshelve stock and supplies.

    5)   "Covered Move Back Costs" does not include:

        a)   Loss caused by the termination of a lease or other agreement; or

        b)   Security deposits or other payments, forfeitures or penalties made to the landlord or lessor of other premises.

The most we will pay for "Covered Move Back Costs" is $25,000 resulting from any one occurrence.

**5. Coverage Extensions**

The 100 feet limitation shown for **5. Coverage Extensions,** is increased to 1,000 feet.

**a. Newly Acquired or Constructed Property**

    1)   Insurance that applies to Building under this Extension is increased from $250,000 at each building to $1,000,000 at each building.

    2)   Insurance that applies to Your Business Personal Property under this Extension is increased from $100,000 at each building to $250,000 at each building.

**b. Personal Effects**

The most we will pay for loss or damage under this Extension is increased from $2,500 at each described premises to $25,000 at each described premises.

**c. Valuable Papers and Records – Cost of Research**

Is deleted and replaced by **Additional Coverage g. Valuable Papers.**

**d. Property Off-Premises**

Is amended to the following:

You may extend the insurance provided by this Coverage Part to apply to your covered property that is temporarily at a location you do not own, lease, or operate. This Extension does not apply to covered property:

    1)   In or on a vehicle; or

    2)   In the care, custody or control of your salesperson.

The most we will pay for loss or damage in any one occurrence is $10,000.

**e. Outdoor Property**

The following Causes of Loss are added to this Extension:

    6)   Vehicle Damage

    7)   Vandalism

The most we will pay for loss or damage under this Extension is also increased from $1,000 but not more than $250 for any one tree, shrub or plant to $10,000 but not more than $500 for any one tree, shrub or plant.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

**f.  Loss to Pairs or Sets**

If there is a loss to a part of a pair or set, we will pay for the loss or damage; at our option, for:

1) The cost to repair or replace any part to restore the pair or set to its value before the loss; or

2) The difference between the value of the pair or set before and after the loss; or

3) The full actual cash value for the pair or set at the time of loss, and you will give us the remainder of the pair or set.

**g.  Building Limit – Automatic Increase**

1) The Limit of Insurance for buildings will automatically increase by 3%

2) The amount of increase at the time of loss will be determined by the building limit that applied on the most recent of:

   a) The policy inception date,

   b) The policy anniversary date, or

   c) Any other policy change amending the building limit,

   Times the number of days since the beginning of the current policy year or of the effective date of the most recent policy change amending the building limit, divided by 365.

   Example:

   If the applicable building limit is $100,000.
   Annual percentage increase is 3%
   Number of days since the beginning of the policy year (or last policy change) is 146.

   The amount of increase is $100,000 x .03 x 146/365 = $1200.

**h.  Computer Coverage**

1) You may extend the insurance that applies to your Business Personal Property to apply to direct physical loss caused by a Covered Cause of Loss to "covered property" while at a premises described in the Declarations.

As used in this coverage extension, "covered property" means your hardware, software, and media; and similar property of others that is in your care, custody, or control.

We will pay the replacement costs of reproducing lost or accidentally erased software and media consisting of data, programs, documentation and source materials provided you actually replace or reproduce them.

The most we will pay for loss to software and media at the described premises in any one occurrence is $15,000.

2) We will pay for direct physical loss to "covered property" caused by a Covered Cause of Loss while in transit, or at a premises that is not described in the Declarations.

The most we will pay for loss to "covered property" while in transit or at a premises that is not described in the Declarations is $15,000.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

GECP 901 (07-03)                                                                    Page 11 of 12

12/31/2004        9548496        NEUSXSRG905        **INSURED COPY**        PGDM060D J03592        GCAFPPN    00012502    Page        17

i.  **Employee Tools Coverage**

You may extend the insurance that applies to your Business Personal Property to apply to loss or damage by a Covered Cause of Loss to tools owned by your employees while used in your business or when in your building.

However, we will not pay for a loss that is caused by or results from theft or attempted theft of employee tools unless such loss occurs:

1)  At a building and there is visible evidence of forcible entry or exit on your building; Or

2)  From a locked vehicle and there is visible evidence of forcible entry.

The value of Employee Tools will be determined at actual cash value as of the time of loss or damage.

The most we will pay with respect to employee tools is $10,000 in any one occurrence.

Coverage provided under this Coverage Extension is subject to a Deductible equal to the Property Deductible shown in the Declarations.

## Section C. LIMITS OF INSURANCE

2.  **Debris Removal**

The additional amount is increased from $10,000 to $50,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

II.  **Applicable To:**

## CAUSES OF LOSS – SPECIAL FORM

### Section B. EXCLUSIONS

1.  **a.  Ordinance or Law –** this exclusion is not applicable to the coverages provided in the Ordinance or Law Additional Coverage.

**g.**  is amended as follows:

3)  We will pay not more than $100,000 in any one occurrence for loss or damage caused directly or indirectly by water that backs up or overflows from a sewer, drain or sump.

### Section C. Limitations

1.  Is replaced with the following:

We will not pay more than $2,500 in any one occurrence for loss of or damage to glass that is part of a building or structure, regardless of the number of panes, plates or similar units of glass. Subject to this $2,500 aggregate, we will not pay more than $250 for any one pane, plate, multiple plate insulating unit, radiant or solar heating panel, jalousie louver or shutter.

However, this limitation does not apply to:

a.  Loss or damage by the "specified causes of loss" except vandalism; or

b.  Business income coverage or extra expense coverage.

**If coverage is provided elsewhere in this policy for the same loss or damage as the coverage provided under this endorsement, the coverage under this endorsement will apply excess over that other coverage. We will not pay more than the actual amount of the covered loss or damage.**

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

**Golden Eagle**
**Insurance**™
*Member of Liberty Mutual Group*

ENDORSEMENT

| | |
|---|---|
| Policy Number: CBP9548496 | Prior Policy:  9548496 |

Billing Type:  DIRECT BILL

Coverage Is Provided In    PEERLESS INSURANCE COMPANY - A STOCK COMPANY

| Named Insured and Mailing Address: | Agent: |
|---|---|
| WESTCOR RETAIL GROUP LLC | QUISENBERRY INSURANCE INC |
| C/O ROYAL MANAGEMENT GROUP INC | PO BOX 191 |
| 933 NORTH MAIN ST SUITE A-3 | NORTH HOLLYWOOD  CA   91603 |
| SALINAS  CA   93906 | |
| | Agent Code:   4295266       Agent Phone: (818)-762-2151 |

POLICY CHANGE ENDORSEMENT

POLICY PERIOD: From: 12/31/2004    To: 12/31/2005    at 12:01 AM Standard Time at your mailing address shown above.

DESCRIPTION OF CHANGE                              CHANGE EFFECTIVE DATE:   08/26/2005

THEFT EXCLUSION FORM GECP 822 (05/96) NO LONGER FORMS
A PART OF THIS POLICY.

LESSORS RISK PLATINUM ENDORSEMENT FORM GECP901 (11/04)
NOW FORMS A PART OF THIS POLICY.

PRUDENTIAL MORTGAGE CAPITAL CO., LLC
LOAN # IS CORRECTED TO READ: L#506106009

| | | | | |
|---|---|---|---|---|
| Original Annual Premium | $ | 57,559.00 | | |
| New Annualized Premium | $ | 60,509.00 | TOTAL ADDITIONAL PREMIUM    $ | 1,027.00 |

Countersigned:    By _____        _____
                                    Authorized Representative                                  Date

Date Issued:  09/08/2005

17-60 (10/94)

**INSURED COPY**

12/31/2004        9548496        NEUSXLYC 0909        PGDM060D  J05919        GCAFPPN   00008435   Page      5

# LESSORS PLATINUM ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART**

I.  **Applicable to:**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM**

**Section A. COVERAGE**

1.  **Covered Property**

The limitation of 100 feet is increased to 1000 feet in the following paragraphs:

**a.** 1.a. Building (5) (b)

**b.** 1.b. Your Business Personal Property

**c.** 1.c. Personal Property of Others (2)

**1.a. Building** is amended to include:

**6)** Bridges, roadways, patios or other paved surfaces;

**7)** Retaining walls which are not part of the building;

**8)** Fences.

Items 6 and 7 listed above are deleted from paragraph **2. Property Not Covered.**

Changes to:

4.  **Additional Coverages**

a.  **Debris Removal**

The additional Debris Removal expense is increased from $10,000 to $50,000 for each location in any one occurrence under paragraph **4.a.(4) Debris Removal.**

b.  **Preservation of Property**

The 30 day limitation in paragraph **4.b.(2) Preservation Of Property** is increased to 60 days.

c.  **Fire Department Service Charge**

The $1,000 limit is increased to $5,000.

**(This coverage is not available in Arizona.)**

d.  **Pollutant Clean Up and Removal**

The most we will pay under this Additional Coverage for each described premises limit is increased from $10,000 to $25,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

e.  **Increased Cost Of Construction is amended as follows:**

**6)** The most we will pay under the Additional Coverage in Paragraph (2), for each described building insured under this Coverage Form, is $100,000 or 25% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under the Additional Coverage in Paragraph (2), for that damaged building, is the lesser of: $100,000 or 25% times the value of the damaged building as of the time of loss times the applicable coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**GECP 901 (11-04)**                                                                 **Page 1 of 9**

12/31/2004        9548496        NEUSXLYC0909    **INSURED COPY**    PGDM060D  J05919      GCAFPPN    00008437   Page      7

The following paragraphs are added to this Additional Coverage part:

**Ordinance or Law Coverage**

10) Coverage A – Coverage for Loss to the Undamaged Portion of the Building:

If a Covered Cause of Loss occurs to covered building property, we will pay under Coverage A for the loss in value of the undamaged portion of the building as a consequence of enforcement of any ordinance or law that:

a) Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss.

b) Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

c) Is in force at the time of loss.

Coverage A is included within the Limit of Insurance shown in the Declarations as applicable to the covered building property. Coverage A does not increase the Limit of Insurance.

11) Coverage B – Demolition Cost Coverage:

If a Covered Cause of Loss occurs to covered building property, we will pay the cost to demolish and clear the site of undamaged parts of the property, caused by enforcement of building, zoning or land use or law.

Coverage B is included within the Limit of Insurance shown in paragraph (6) above.

f. **Electronic Data is amended to the following:**

4) The most we will pay under this Additional Coverage – Electronic Data is $15,000 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**The following Additional Coverages are added:**

g. **Inventory and Appraisal**

We will pay up to $10,000 Inventory Costs and $10,000 Appraisal Costs due to loss or damages as a result of a Covered Cause of Loss to covered property. We will only pay if the costs are incurred and are reasonable and necessary to establish the amount of the loss. Attorneys or public adjusters fees are not covered costs under this section.

h. **Accounts Receivable**

1) We will pay:

a) All amounts due from your customers that you are unable to collect;

b) Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

c) Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

d) Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by a Covered Cause of Loss to your records of accounts receivable.

2) We will only pay for covered property while contained inside that part of the building which you occupy at the premises described in the Declarations.

3) The most we will pay for loss or damage in any one occurrence is $100,000.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

INSURED COPY

12/31/2004        9548496        NEUSXLYC0909                        PGDM060D J05919        GCAFPPN  00008438  Page      8

**i.   Fire Protective Equipment**

We will pay your costs to:

**1)**   recharge or refill fire protective equipment; and

**2)**   clean up and remove the fire extinguishing agent,

resulting from the discharge of a fire extinguishing agent from fire protective equipment.

The discharge must:

**1)**   be caused by a Covered Cause of Loss;

**2)**   result from the intended operation of the fire protective equipment to prevent or control a Covered Cause of Loss;

**3)**   be accidental; or

**4)**   result from a malfunction of the fire protective equipment.

We will not pay for damage:

**1)**   if you fail to use reasonable care to maintain the fire protective equipment in proper operating condition; or

**2)**   caused by discharge at the time of servicing, refilling or testing of the fire protective equipment.

The most we will pay for loss or damage in any one occurrence is $5,000.

**j.   Arson Reward for Conviction**

We will pay a reward to anyone who gives legal authorities information that leads to the conviction of anyone who commits arson with respect to any property covered by this policy. We will pay up to 10 percent of the amount of the covered fire loss or $10,000, whichever is less. No matter how many persons provide information or how many persons are convicted of arson, our liability under this coverage will not be increased.

**k.   Business Income and Extra Expense Actual Loss Sustained Up to 15 Consecutive Months**

If the Declarations show that you have Business Income and Extra Expense – Actual Loss Sustained Coverage, the Limits of Insurance is modified as follows:

The coverage period limitation in this form of up to 12 consecutive months after the date of direct physical loss or damage is changed to up to 15 consecutive months after the date of direct physical loss or damage.

**l.   Employee Dishonesty**

**1)**   We will pay for direct loss of or damage to business personal property, including money and securities, resulting from dishonest acts committed by any of your "employees" acting alone, or in collusion with other persons (except you or your partner) with the manifest intent to:

**a)**   Cause you to sustain loss or damage and also

**b)**   Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

**i)**   Any "employee"; or

**ii)**   Any other person or organization.

**2)**   We will not pay for loss or damage:

**a)**   Resulting from any dishonest or criminal act that you or any of your partners commit whether acting alone or in collusion with other persons; or

**b)**   The only proof of which as to its existence or amount is dependent upon:

**i)**   An inventory computation; or

**ii)**   A profit and loss computation.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

**GECP 901 (11-04)**

INSURED COPY

12/31/2004      9548496          NEUSXLYC0909          PGDM060D J05919       GCAFPPN   00008439  Page      9

3) The most we will pay for loss or damage in any one occurrence is $50,000.

4) All loss or damage:

    a) Caused by one or more persons; or

    b) Involving a single act or series of related acts;

    is considered one occurrence.

5) If any loss is covered:

    a) Partly by this insurance; or

    b) Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest:

    The most we will pay is the larger amount recoverable under this insurance or the prior insurance.

6) We will pay for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year period to period.

7) This coverage Extension does not apply to any employee immediately upon discovery by:

    a) You; or

    b) Any of your partners, officers or directors not in collusion with the employee;

    of any dishonest act committed by that employee before or after being hired by you.

8) We will pay only for covered loss or damage discovered no later than one year from the end of the Policy Period.

9) The insurance under Paragraph 8 above is part of, not in addition to the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

    a) This Additional Coverage as of its effective date; or

    b) The prior insurance had it remained in effect.

Coverage provided under this Additional Coverage is subject to a Deductible equal to the Property Deductible shown in the Declarations.

"Employee" means:

1) Any natural person:

    a) While in your service and for 30 days after termination of service; and

    b) Whom you compensate directly by salary, wages or commissions; and

    c) Whom you have the right to direct and control while performing services for you; or

2) Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding, however, any such person while having care and custody of property outside the premises.

But "employee" does not mean any:

1) Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

2) Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

**m. Money and Securities**

1) We will pay for loss of "money" and "securities" used in your business:

    a) While at a bank or savings institution;

    b) Within your living quarters or the living quarters of your partners or any employee having use and custody of the property;

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

**INSURED COPY**

12/31/2004    9548496    NEUSXLYC0909    PGDM060D J05919    GCAFPPN    00008440  Page    10

    c) At the described premises; or

    d) In transit between any of these places,

       resulting from:

       i) Theft;

       ii) Disappearance; or

       iii) Destruction.

2) We will not pay for loss:

    a) Resulting from accounting or arithmetical errors or omissions;

    b) Resulting from any dishonest or criminal act committed by any of your employees, directors, trustees or authorized representatives:

       i) Acting alone or in collusion with other persons; or

       ii) While performing services for you or otherwise;

    c) Due to the giving or surrendering of property in any exchange or purchase;

    d) Of property contained in any money-operated device unless the amount of money deposited in it is recorded by a continuous recording instrument in the device; or

    e) Forgery or alteration of checks.

3) The most we will pay for loss in any occurrence is:

    a) $25,000 inside the premises for "money" and "securities" in or on the described premises; or within a bank or savings institution.

    b) $10,000 outside the premises for "money" and "securities" while anywhere else.

    All loss caused by one or more persons and involving a single act or a series of related acts is considered one occurrence.

4) You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

"Money" means: currency, coins and bank notes in current use and having a face value; and travelers checks, register checks and money orders held for sale to the public.

"Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes: tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

Coverage provided under this Additional Coverage is subject to a Deductible equal to the Property Deductible shown in the Declarations.

**n.  Money Orders and Counterfeit Money**

We will pay for your loss when you accept in good faith:

1) Any money order in exchange for goods or services if the money order is not paid when presented to the issuer; or

2) Counterfeit U.S. or Canadian paper money in the regular course of business.

The most we will pay under this additional coverage is $2,500 in any one occurrence.

**o.  Utility Services – Direct Damage**

We will pay for loss of or damage to covered property caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage, by a Covered Cause of Loss, to the following property not on the described premises:

1) The following types of property supplying water to the described premises: water mains and pumping stations;

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

GECP 901 (11-04)

**Page 5 of 9**

   2) Property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

     a) Communication transmission lines, including fiber transmission lines;

     b) Coaxial cables; and

     c) Microwave radio relays except satellites.

     d) Overhead transmission lines are included.

   3) The following types of property supplying electricity, steam or gas to the described premises:

     a) Utility generating plants;

     b) Switching stations;

     c) Substations;

     d) Transformers; and

     e) Transmission lines, including overhead transmission lines.

The most we will pay for loss under Utility Services – Direct Damage in any one occurrence is $25,000.

Coverage provided under this Additional Coverage is subject to a Deductible equal to the Property Deductible shown in the Declarations.

**p. Utility Services – Business Income and Extra Expense**

If the Declarations show that you have Business Income and/or Extra Expense Coverage, you may extend such coverage to apply to the actual loss of business income and/or extra expense you sustain at the described premises caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to property not on the described premises, which provides the following services:

   1) The following types of property supplying water to the described premises: water mains and pumping stations;

   2) Property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

     a) Communication transmission lines, including fiber transmission lines;

     b) Coaxial cables; and

     c) Microwave radio relays except satellites.

     d) Overhead transmission lines are included.

   3) The following types of property supplying electricity, steam or gas to the described premises:

     a) Utility generating plants;

     b) Switching stations;

     c) Substations;

     d) Transformers; and

     e) Transmission lines, including overhead transmission lines.

The most we will pay for loss of Business Income and/or Extra Expense under Utility Services in any one occurrence is $25,000.

We will only pay for loss you sustain after the first 12 hours following the direct physical loss or damage to the property described above.

**q. Lost Key Coverage**

We will pay for consequential loss to keys and locks if a master key or grand master key is lost or damaged resulting from a Covered Cause of Loss. We will pay for the actual cost to replace keys, adjustment of locks to accept new keys, or if required, new locks, including the cost of their installation.

The most we will pay for loss or damage under this coverage is $10,000 in any one occurrence.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

**r. Lost Lease Coverage – Lessors Interest**

If the Declarations show you have Business Income Coverage the form is amended to include the following:

1) We will pay for loss you sustain due to the cancellation of lease contracts by your tenants when the reason for cancellation of the lease is direct physical loss or damage to the leased premises caused by or resulting from a Covered Cause of Loss during the policy period.

2) We will not pay for any loss caused by:

   a) Your canceling the lease;

   b) The suspension, lapse or cancellation of any license; or

   c) Any other consequential loss.

3) The most we will pay under this coverage is:

   a) The difference between the rent actually paid at the described premises and the anticipated rental value of the described premises that you lease for:

      i) 12 months immediately following the period of restoration; or

      ii) for the period beginning with the end of the period of restoration and ending with the normal expiration date of each canceled lease; or

      iii) $25,000 at any one location;

     whichever is less.

**s. Tenant Move Back Coverage**

We will pay expenses incurred by you for "Covered Move Back Costs" of tenants who temporarily vacate a portion of a covered building property at the premises described in the Declarations. The vacancy must have occurred while the portion of the covered building property rented by the tenant could not be occupied due to direct physical loss or damage to your Covered Property caused by or resulting from any Covered Cause of Loss during the policy period. The move back must take place within 60 days after the portion of the covered building property rented by the tenant has been repaired or rebuilt and is ready for occupancy.

We will pay for "Covered Move Back Costs" whether or not the tenant(s) move back before the expiration date of this policy.

"Covered Move Back Costs" under this endorsement means documented, reasonable and necessary:

1) Costs of packing, insuring and carting business personal property;

2) Costs of re-establishing electric utility services, less refunds from discontinued services;

3) Costs of assembling and setting up fixtures and equipment; and

4) Costs to unpack and reshelve stock and supplies.

5) "Covered Move Back Costs" does not include:

   a) Loss caused by the termination of a lease or other agreement; or

   b) Security deposits or other payments, forfeitures or penalties made to the landlord or lessor of other premises.

The most we will pay for "Covered Move Back Costs" is $25,000 resulting from any one occurrence.

**5. Coverage Extensions**

The 100 feet limitation shown for **5. Coverage Extensions,** is increased to 1000 feet.

**a. Newly Acquired or Constructed Property**

1) Insurance that applies to Building under this Extension is increased from $250,000 at each building to $1,000,000 at each building.

2) Insurance that applies to Your Business Personal Property under paragraph (i) and (ii), of this Extension is increased from $100,000 at each building to $250,000 at each building.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

**GECP 901 (11-04)**                                                                 **Page 7 of 9**

12/31/2004        9548496        NEUSXLYC 0909        **INSURED COPY**        PGDM060D J05919        GCAFPPN    00008443  Page        13

**b. Personal Effects**

The most we will pay for loss or damage under this Extension is increased from $2,500 at each described premises to $25,000 at each described premises.

**c. Valuable Papers And Records (Other Than Electronic Data) is amended to the following:**

    **4)** Under this Extension, the most we will pay to replace or restore the lost information is $100,000 at each described premises. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance. We will only pay the costs to replace or restore the lost information if the costs are actually incurred.

**d. Property Off-Premises is amended to the following:**

    **1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

        **a)** Temporarily at a location you do not own, lease or operate;

        **b)** In storage at a location you lease, provided the location is not scheduled on the policy; or

        **c)** At any fair, trade show or exhibition.

    **2)** This Extension does not apply to property:

        **a)** In or on a vehicle; or

        **b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

The most we will pay for loss or damage under this Extension is $25,000.

**e. Outdoor Property is amended to the following:**

You may extend the insurance provided by this Coverage Form to apply to your outdoor radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

    **1)** Fire;

    **2)** Lightning;

    **3)** Explosion;

    **4)** Riot or Civil Commotion; or

    **5)** Aircraft;

    **6)** Vehicle Damage;

    **7)** Vandalism.

The most we will pay for loss or damage under this Extension is $25,000, but not more than $500 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Loss to Pairs or Sets**

If there is a loss to a part of a pair or set, we will pay for the loss or damage; at our option, for:

    **1)** The cost to repair or replace any part to restore the pair or set to its value before the loss; or

    **2)** The difference between the value of the pair or set before and after the loss; or

    **3)** The full actual cash value for the pair or set at the time of loss, and you will give us the remainder of the pair or set.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

**GECP 901 (11-04)**                                                                 **Page 8 of 9**

INSURED COPY

12/31/2004    9548496    NEUSXLYC0909    PGDM060D J05919    GCAFPPN  00008444  Page    14

**g.  Employee Tools Coverage**

You may extend the insurance that applies to your Business Personal Property to apply to loss or damage by a Covered Cause of Loss to tools owned by your employees while used in your business or when in your building.

However, we will not pay for a loss that is caused by or results from theft or attempted theft of employee tools unless such loss occurs:

**1)**  At a building and there is visible evidence of forcible entry or exit on your building; or

**2)**  From a locked vehicle and there is visible evidence of forcible entry.

The value of employee tools will be determined at actual cash value as of the time of loss or damage.

The most we will pay with respect to employee tools is $10,000 in any one occurrence.

Coverage provided under this Coverage Extension is subject to a Deductible equal to the Property Deductible shown in the Declarations.

## Section C. LIMITS OF INSURANCE

The limit for **Outdoor Signs attached to buildings** is amended as follows:

The most we will pay for loss or damage to outdoor signs attached to buildings is $25,000 per sign in any one occurrence.

## Section G. OPTIONAL COVERAGES

**2.  Inflation Guard**

**a.**  The Limit of Insurance for buildings will automatically increase by 3%.

**b.**  The amount of increase will be:

**1)**  The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times;

**2)**  The 3% of annual increase, expressed as a decimal (example: 3% is.03), times;

**3)**  The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**

| If: | | |
|---|---|---|
| The applicable Limit of Insurance is | $ | 100,000 |
| The annual percentage increase is | | 3% |
| The number of days since the beginning of the policy year (or last policy change) is | | 216 |
| The amount of increase is $100,000 x .03 x 216 ÷ 365 = | $ | 1,775 |

**II. Applicable To:**

## CAUSES OF LOSS – SPECIAL FORM

## Section B. EXCLUSIONS

**1.  a.  Ordinance or Law** – this exclusion is not applicable to the coverages provided in the Ordinance or Law Additional Coverage.

**g.  Water** is amended as follows:

**3)**  We will pay not more than $100,000 in any one occurrence for loss or damage caused directly or indirectly by water that backs up or overflows from a sewer, drain or sump.

**If coverage is provided elsewhere in this policy for the same loss or damage as the coverage provided under this endorsement, the coverage under this endorsement will apply excess over that other coverage. We will not pay more than the actual amount of the covered loss or damage.**

**This endorsement is otherwise subject to all the terms, conditions, provisions and stipulations of the policy to which it is attached.**

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

INSURED COPY

12/31/2004        9548496              NEUSXLYC0909                    PGDM060D J05919        GCAFPPN    00008445   Page      15

**Golden Eagle Insurance**™
Member of Liberty Mutual Group

ENDORSEMENT

| | |
|---|---|
| Policy Number: CBP9548496 | Prior Policy:  9548496 |

Billing Type:  DIRECT BILL

Coverage Is Provided In    PEERLESS INSURANCE COMPANY - A STOCK COMPANY

| Named Insured and Mailing Address: | Agent: |
|---|---|
| WESTCOR RETAIL GROUP LLC<br>C/O ROYAL MANAGEMENT GROUP INC<br>933 NORTH MAIN ST SUITE A-3<br>SALINAS  CA  93906 | QUISENBERRY INSURANCE INC<br>PO BOX 191<br>NORTH HOLLYWOOD  CA  91603 |
| | Agent Code:  4295266      Agent Phone: (818)-762-2151 |

## POLICY CHANGE ENDORSEMENT

POLICY PERIOD: From: 12/31/2004   To: 12/31/2005    at 12:01 AM Standard Time at your mailing address shown above.

DESCRIPTION OF CHANGE                                    CHANGE EFFECTIVE DATE:  07/11/2005

BUILDING LIMITS ARE CHANGED AS FOLLOWS:

LOC 1-1 BUILDING LIMIT: $7,421,000
LOC 2-1 BUILDING LIMIT: $5,068,000
LOC 3-1 BUILDING LIMIT: $ 701,000
LOC 4-1 BUILDING LIMIT: $ 400,000
LOC 5-1 BUILDING LIMIT: $ 650,000

THE FOLLOWING ADDITIONAL INSURED AND MORTGAGEE NOW
FORMS A PART OF THIS POLICY PER FORMS ATTACHED.

PRUDENTIAL MORTGAGE CAPITAL COMPANY, LLC IT'S
SUCCESSORS AND ASSIGNS ATIMA
C/O PRUDENTIAL ASSET RESOURCES
220 ROSS AVE., SUITE 4200E
DALLAS, TX  75201
L#406106009

| | | |
|---|---|---|
| Original Annual Premium | $ | 53,872.00 |
| New Annualized Premium | $ | 57,559.00 |

TOTAL ADDITIONAL PREMIUM    $     1,745.00

Countersigned:    By_____          _____
                                    Authorized Representative                                                    Date

Date Issued: 08/05/2005

17-60 (10/94)

INSURED COPY

**ENDORSEMENT**

**Golden Eagle Insurance** ™
Member of Liberty Mutual Group

Forming a part of

| | |
|---|---|
| Policy Number: CBP 9548496 | |
| Coverage Is Provided In  PEERLESS INSURANCE COMPANY - A STOCK COMPANY | |
| Named Insured:<br>WESTCOR RETAIL GROUP LLC | Agent:<br>QUISENBERRY INSURANCE INC<br><br>Agent Code: 4295266    Agent Phone: (818)-762-2151 |

### ADDITIONAL INTERESTS SCHEDULE

**MORTGAGE HOLDER(S)**

Mortgage Holder
(Name and Address)

PRUDENTIAL MORTGAGE CAPITAL COMPANY CO PRODUENTIAL ASSET
RESOURCE
2200 ROSS AVE
SUITE 4200E
DALLAS  TX   75201

Applies To:

| Prem No. | Bldg. No. | Loan Number |
|---|---|---|
| 001 | 001 | L#406106009 |

Date Issued:  08/05/2005

21-8 (10/94)

Forming a part of

| | |
|---|---|
| Policy Number: CBP 9548496 | |
| Coverage Is Provided In  PEERLESS INSURANCE COMPANY - A STOCK COMPANY | |
| Named Insured:<br>   WESTCOR RETAIL GROUP LLC | Agent:<br>   QUISENBERRY INSURANCE INC<br><br>Agent Code: 4295266      Agent Phone: (818)-762-2151 |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED—MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:
   COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization:**

PRUDENTIAL MORTGAGE CAPITAL
COMPANY CO PRODUENTIAL ASSET
2200 ROSS AVE
SUITE 4200E
DALLAS  TX   75201-

**Designation of Premises:**

933 N. MAIN STREET
SALINAS, CA  93906

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1.  WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

2.  This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

CG 20 18 (11/85)

Copyright, Insurance Services Office, Inc., 1984
INSURED COPY

12/31/2004      9548496        NEUSXLYC0508              PGDM060D J19489      GCAFPPN   00012099  Page      9

**ENDORSEMENT**

**Golden Eagle Insurance** ™
Member of Liberty Mutual Group

| Policy Number: CBP9548496 | Prior Policy:  9548496 |
|---|---|
| Billing Type:  DIRECT BILL | |
| Coverage Is Provided In    PEERLESS INSURANCE COMPANY - A STOCK COMPANY | |

| Named Insured and Mailing Address:<br><br>WESTCOR RETAIL GROUP LLC<br>C/O ROYAL MANAGEMENT GROUP INC<br>933 NORTH MAIN ST SUITE A-3<br>SALINAS  CA   93906 | Agent:<br><br>QUISENBERRY INSURANCE INC<br>PO BOX 191<br>NORTH HOLLYWOOD  CA   91603 |
|---|---|
| | Agent Code:  4295266      Agent Phone: (818)-762-2151 |

**POLICY CHANGE ENDORSEMENT**

**POLICY PERIOD: From: 12/31/2004     To: 12/31/2005     at 12:01 AM Standard Time at your mailing address shown above.**

**DESCRIPTION OF CHANGE**                                         **CHANGE EFFECTIVE DATE:  12/31/2004**

**POLICY HAS BEEN RE-RATED AS FOLLOWS:**

**COMMERCIAL GENERAL LIABILITY COVERAGE PART----$16,442**

**NEW ANNUAL PREMIUM------------------------ $53,937**

| | | | | |
|---|---|---|---|---|
| Original Annual Premium | $ | 54,937.00 | | |
| New Annualized Premium | $ | 53,872.00 | TOTAL RETURN PREMIUM | $        1,065.00 |

Countersigned:     By_____                    _____
                              Authorized Representative                                                          Date

                                                            Date Issued: 02/19/2005

17-60 (10/94)

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the cause of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 0017 (11/85)

INSURED COPY

12/31/2001   CBP   9548496          NEUSXMGM301               PGDM060D  J24986        AGENTG     00004892  Page       15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CALIFORNIA CHANGES – ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    COMMERCIAL CRIME COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    FARM COVERAGE PART
    STANDARD PROPERTY POLICY

The following is added to any provision which uses the term actual cash value:

Actual cash value is calculated as the amount it would cost to repair or replace Covered Property, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence. Actual cash value applies to valuation of Covered Property regardless of whether that property has sustained partial or total loss or damage.

The actual cash value of the lost or damaged property may be significantly less than its replacement cost.

Copyright, Insurance Services Office, Inc., 1999

IL 0103 (06/99)

Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM (WITH LIMITED EXCEPTION) AND EXCLUSION OF WAR AND MILITARY ACTION

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The War And Military Action Exclusion is replaced by the following Exclusion. With respect to any Coverage Form to which the War And Military Action Exclusion does not apply, that Exclusion is hereby added as follows.

**WAR AND MILITARY ACTION EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

1. War, including undeclared or civil war; or

2. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

3. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

With respect to any action that comes within the terms of this exclusion and involves nuclear reaction or radiation, or radioactive contamination, this War And Military Action Exclusion supersedes the Nuclear Hazard Exclusion.

**B.** Regardless of the amount of damage and losses, the Terrorism Exclusion applies to any incident of terrorism:

1. That involves the use, release or escape of nuclear materials, or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

2. That is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

3. In which pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

Except as provided in **B.1.**, **B.2.** or **B.3.** above, the Terrorism Exclusion will only apply to an incident of terrorism in which the total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of terrorism which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident.

The preceding paragraph describes the threshold used to measure the magnitude of an incident of terrorism and the circumstances in which the threshold will apply, for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of terrorism, there is no coverage under this Coverage Part or Standard Property Policy.

In the event of any incident of terrorism that is not subject to the Terrorism Exclusion, coverage does not apply to any element of loss or damage that is otherwise excluded under this Coverage Part or Standard Property Policy.

© ISO Properties, Inc., 2001

**IL 09 40 01 02**                                                                                     **Page 1 of 2**

**TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by terrorism, including action in hindering or defending against an actual or expected incident of terrorism. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

But if terrorism results in fire, we will pay for the loss or damage caused by that fire. However, this exception for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the exception does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

Terrorism means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

   a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

But with respect to any such activity that also comes within the terms of the War And Military Action Exclusion, that exclusion supersedes this Terrorism Exclusion.

In the event of an incident of terrorism that involves nuclear reaction or radiation, or radioactive contamination, this Terrorism Exclusion supersedes the Nuclear Hazard Exclusion.

© ISO Properties, Inc., 2001

IL 09 40 01 02                                                                                          **Page 2 of 2**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COVERAGE FOR CERTIFIED ACTS OF TERRORISM; CAP ON LOSSES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYEE THEFT AND FORGERY POLICY
FARM COVERAGE PART
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION POLICY
STANDARD PROPERTY POLICY

**A. Amendment**

Any exclusion of terrorism in this Coverage Part or Policy, or attached to such Coverage Part or Policy by endorsement, is hereby amended to the effect that such exclusion does not apply to a "certified act of terrorism".

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Further, the aforementioned exclusion does not apply to an act which meets the criteria set forth in Paragraph **2.** of the definition of "certified act of terrorism", when such act resulted in aggregate losses of $5 million or less.

**B. Cap On Certified Terrorism Losses**

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

**C. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© ISO Properties, Inc., 2002

IL 09 50 11 02

**Page 1 of 1**

INSURED COPY

12/31/2003  CBP  9548496        YEUSXCLE 2011                    PGDM060D  J16577        AGENTG      00013182  Page      25

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAR OR TERRORISM EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **i.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**i. War Or Terrorism**

"Bodily injury" or "property damage" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

**(4)** "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism"

regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

However, with respect to "terrorism", this exclusion only applies if one or more of the following are attributable to an incident of "terrorism":

**(1)** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**(2)** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**(a)** Physical injury that involves a substantial risk of death; or

**(b)** Protracted and obvious physical disfigurement; or

**(c)** Protracted loss of or impairment of the function of a bodily member or organ; or

**(3)** The "terrorism" involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**(4)** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**(5)** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

© ISO Properties, Inc., 2001

CG 21 69 01 02

**Page 1 of 3**

**INSURED COPY**

Paragraphs **(1)** and **(2)**, immediately preceding, describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

In the event of any incident of "terrorism" that is not subject to the Terrorism Exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

Multiple incidents of "terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**War Or Terrorism**

"Personal and advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

**(4)** "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism"

regardless of any other cause or event that contributes concurrently or in any sequence to the injury.

However, with respect to "terrorism", this exclusion only applies if one or more of the following are attributable to an incident of "terrorism":

**(1)** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions ; or

**(2)** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **(a)** Physical injury that involves a substantial risk of death; or

   **(b)** Protracted and obvious physical disfigurement; or

   **(c)** Protracted loss of or impairment of the function of a bodily member or organ; or

**(3)** The "terrorism" involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**(4)** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**(5)** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Paragraphs **(1)** and **(2)**, immediately preceding, describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

© ISO Properties, Inc., 2001

**INSURED COPY**

CG 21 69 01 02

12/31/2003   CBP   9548496          YEUSXCLE 2011          PGDM060D  J16577     AGENTG     00013209  Page     52

In the event of any incident of "terrorism" that is not subject to the Terrorism Exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

Multiple incidents of "terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**C.** Exclusion **h.** under Paragraph **2., Exclusions** of **Section I – Coverage C – Medical Payments** does not apply.

**D.** The following definition is added to the **Definitions** Section:

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

    **a.** Use or threat of force or violence; or

    **b.** Commission or threat of a dangerous act; or

    **c.** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

    **a.** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

    **b.** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

© ISO Properties, Inc., 2001

INSURED COPY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCEPTION TO TERRORISM EXCLUSION FOR CERTIFIED ACTS OF TERRORISM; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      LIQUOR LIABILITY COVERAGE PART
      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
      POLLUTION LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
      RAILROAD PROTECTIVE LIABILITY COVERAGE PART
      UNDERGROUND STORAGE TANK POLICY

**A.** With respect to any exclusion of terrorism in this Coverage Part or attached to this Coverage Part by endorsement, such exclusion does not apply to a "certified act of terrorism".

That exclusion also does not apply to an act which meets the criteria set forth in Paragraph **2.** of the definition of "certified act of terrorism", when such act resulted in aggregate losses of $5 million or less.

**B.** With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

**C.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

    **1.** The act resulted in aggregate losses in excess of $5 million; and

    **2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

© ISO Properties, Inc., 2002

CG 21 77 11 02

**Page 1 of 1**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PUNITIVE/EXEMPLARY DAMAGE EXCLUSION

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE FORM
    COMMERCIAL AUTOMOBILE COVERAGE FORM
    GARAGE COVERAGE FORM

The policy does not apply to a claim of or indemnification for punitive or exemplary damages.

If a suit shall have been brought against the insured for a claim falling within the coverage provided under the policy, seeking both compensatory and punitive or exemplary damages, then the Company shall not have an obligation to pay for any costs, interest, or damages attributable to punitive or exemplary damages.

GECPD 910 (06/89)

INSURED COPY

12/31/2001    CBP  9548496          NEUSXMGM301          PGDM060D  J24986      AGENTG    00004888  Page      11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    BUSINESSOWNERS POLICY
    COMMERCIAL AUTO COVERAGE PART
    COMMERCIAL CRIME COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY-NEW YORK

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

Includes copyrighted material of Insurance Services Office, Inc. Copyright Insurance Services, Inc.,1990

IL0003 (06/89)                                                                          **Page 1 of 1**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (Broad Form)

This endorsement modifies insurance provided under the following:

    BUSINESSOWNERS POLICY
    COMMERCIAL AUTO COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    FARM COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION
    UNDERGROUND STORAGE TANK POLICY

1.  The insurance does not apply:
    A.  Under any Liability Coverage, to "bodily injury" or "property damage":
        (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or
        (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.
    B.  Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.
    C.  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of "nuclear material," if:
        (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;
        (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an "insured"; or
        (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2.  As used in this endorsement:
    "Hazardous properties" include radioactive, toxic or explosive properties.
    "Nuclear material" means "source material," "special nuclear material" or "by-product material."
    "Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.
    "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor."

Copyright, Insurance Services Office, Inc., 1994

IL 0021 (11/94)                                                   Page 1 of 2

INSURED COPY

12/31/2001   CBP  9548496        NEUSXMGM301                PGDM060D J24986      AGENTG    00004894  Page   17

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a)  Any "nuclear reactor";

(b)  Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste";

(c)  Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d)  Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Copyright, Insurance Services Office, Inc., 1994

**INSURED COPY**

IL 0021 (11/94)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALIFORNIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of the **Cancellation** Common Policy Condition are replaced by the following:

**2. All Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured at the mailing address shown in the policy and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

**a.** 10 days before the effective date of cancellation if we cancel for:

**(1)** Nonpayment of premium; or

**(2)** Discovery of fraud or material misrepresentation by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3. All Policies In Effect For More Than 60 Days**

**a.** If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

**(1)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

**(2)** Discovery of fraud or material misrepresentation by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**(3)** A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

**(4)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

**(5)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

**(6)** A determination by the Commissioner of Insurance that the:

**(a)** Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

**(b)** Continuation of the policy coverage would:

**(i)** Place us in violation of California law or the laws of the state where we are domiciled; or

IL 0270 (03/00)

Copyright, Insurances Service Office, Inc., 1999

Page 1 of 3

     (ii) Threaten our solvency.

  (7) A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

  **b.** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

    (1) 10 days before the effective date of cancellation if we cancel for a reason listed in Paragraph **3.a.(1)** or **3.a.(2);** or

    (2) 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **3.a.**

**B.** The following provision is added to the **Cancellation** Common Policy Condition:

  **7. Residential Property**

  This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under one of the following:

  Businessowners Policy

  Commercial Property Coverage Part

  Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

  **a.** If such coverage has been in effect for 60 days or less, and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except as provided in **b.** and **c.** below.

  **b.** We may not cancel this policy solely because the first Named Insured has:

    (1)               Accepted an offer of earthquake coverage; or

    (2) Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

  However, we shall cancel this policy if the first Named Insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

  **c.** We may not cancel such coverage solely because corrosive soil conditions exist on the premises. This Restriction **(c.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

    (1) Businessowners Policy – Businessowners Special Property Coverage Form;

    (2) Commercial Property Coverage Part – Causes Of Loss – Special Form; or

    (3) Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph **D.** Covered Causes Of Loss – Special.

**C.** The following is added and supersedes any provisions to the contrary:

**NONRENEWAL**

  **1.** Subject to the provisions of Paragraphs **C.2.** and **C.3.** below, if we elect not to renew this policy, we will mail or deliver written notice stating the reason for nonrenewal to the first Named Insured shown in the Declarations and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

  We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

  **2.** **Residential Property**

  This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household property contained in a residential unit, if such coverage is written under one of the following:

  Businessowners Policy

  Commercial Property Coverage Part

  Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

  **a.** We may elect not to renew such coverage for any reason, except as provided in **b., c.** and **d.** below:

  **b.** We will not refuse to renew such coverage solely because the first Named Insured has accepted an offer of earthquake coverage.

Copyright, Insurances Service Office, Inc., 1999

IL 0270 (03/00)

**INSURED COPY**

12/31/2001  CBP  9548496          NEUSXMGM301          PGDM060D J24986      AGENTG     00004897  Page      20

However, the following applies only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew such coverage after the first Named Insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

(1) The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

(2) The Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

(3) We have:

(a) Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

(b) Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

c.  We will not refuse to renew such coverage solely because the first Named Insured has cancelled or did not renew a policy, issued by the California Earthquake Authority that included an earthquake policy premium surcharge.

d.  We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises. This Restriction (d.) applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

(1) Businessowners Policy – Businessowners Special Property Coverage Form;

(2) Commercial Property Coverage Part – Causes Of Loss – Special Form; or

(3) Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph D. Covered Causes Of Loss – Special.

3.  We are not required to send notice of nonrenewal in the following situations:

a.  If the transfer or renewal of a policy, without any changes in terms, conditions, or rates, is between us and a member of our insurance group.

b.  If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph C.1.

c.  If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

d.  If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

e.  If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

f.  If we have made a written offer to the first Named Insured, in accordance with the timeframes shown in Paragraph C.1., to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

Copyright, Insurances Service Office, Inc., 1999

IL 0270 (03/00)

INSURED COPY

12/31/2001  CBP  9548496          NEUSXMGM301                    PGDM060D J24986          AGENTG    00004898  Page    21

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

    **1.** The failure, malfunction or inadequacy of:

        **a.** Any of the following, whether belonging to any insured or to others:

            **(1)** Computer hardware, including micro-processors;

            **(2)** Computer application software;

            **(3)** Computer operating systems and related software;

            **(4)** Computer networks;

            **(5)** Microprocessors (computer chips) not part of any computer system; or

            **(6)** Any other computerized or electronic equipment or components; or

        **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in paragraph **A.1.a.** of this endorsement;

        due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

    **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause Of Loss as described in paragraph **A.** of this endorsement results:

    **1.** In a Covered Cause Of Loss under the Boiler And Machinery Coverage Part, the Commercial Crime Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

    **2.** Under the Commercial Property Coverage Part:

        **a.** In a "Specified Cause Of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes Of Loss—Special Form; or

        **b.** In a Covered Cause Of Loss under the Causes Of Loss—Basic Form or the Causes Of Loss—Broad Form;

    we will pay only for the loss ("loss") or damage caused by such "Specified Cause Of Loss", elevator collision, or Covered Cause Of Loss.

**C.** We will not pay for repair, replacement or modification of any items in paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

Copyright, Insurance Services Office, Inc., 1998

**Page 1 of 1**

IL 0935 (08/98)

**RENEWAL**

**Golden Eagle Insurance** ™
Member of Liberty Mutual Group

Forming a part of

| |
|---|
| Policy Number: CBP 9548496 |
| Coverage Is Provided In  PEERLESS INSURANCE COMPANY - A STOCK COMPANY |

| Named Insured: | Agent: |
|---|---|
| WESTCOR RETAIL GROUP LLC | QUISENBERRY INSURANCE INC |
| | Agent Code: 4295266    Agent Phone: (818)-762-2151 |

## COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

### DESCRIPTION OF PREMISES

| Prem. No. | Bldg. No. | Location Occupancy, Construction/Fire Protection |
|---|---|---|
| 1 | 1 | 933 N. MAIN STREET<br>SALINAS CA   93906<br>SHOPPING CENTER-LESSOR RISK<br>FRAME |
| 1 | 2 | 933 N. MAIN STREET<br>SALINAS CA   93906<br>MERCANTILE-n/OTHERWISE CLASSIF<br>FRAME |
| 1 | 3 | 933 N. MAIN STREET<br>SALINAS CA   93906<br>RESTAURANT-ALC-LSS 75%-w/o DNC<br>FRAME |
| 1 | 4 | 933 N. MAIN STREET<br>SALINAS CA   93906<br>RESTAURANT-n/ALCOHOL-w/o DANCE<br>FRAME |
| 1 | 5 | 933 N. MAIN STREET<br>SALINAS CA   93906<br>MERCANTILE-n/OTHERWISE CLASSIF<br>FRAME |

21-7 (01/02)

**INSURED COPY**

COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS (continued)

**COVERAGES PROVIDED:**

Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made. (The Coinsurance column reflects Coinsurance %, Extra Expense %, Limits on Loss Payment or Value Reporting Symbol.)

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Causes of Loss Form | Coinsurance |
|---|---|---|---|---|---|
| 1 | 1 | BUILDING | $ 6,821,000 | SPECIAL | 100% |
| 1 | 1 | BUSINESS INCOME AND EXTRA EXPENSE INCLUDING "RENTAL VALUE" | $ 1,349,000 | SPECIAL | 100% |
| 1 | 2 | BUILDING | $ 4,568,000 | SPECIAL | 100% |
| 1 | 2 | BUSINESS INCOME AND EXTRA EXPENSE INCLUDING "RENTAL VALUE" | $ 935,000 | SPECIAL | 100% |
| 1 | 3 | BUILDING | $ 545,000 | SPECIAL | 100% |
| 1 | 3 | BUSINESS INCOME AND EXTRA EXPENSE INCLUDING "RENTAL VALUE" | $ 106,000 | SPECIAL | 100% |
| 1 | 4 | BUILDING | $ 237,000 | SPECIAL | 100% |
| 1 | 4 | BUSINESS INCOME AND EXTRA EXPENSE INCLUDING "RENTAL VALUE" | $ 54,000 | SPECIAL | 100% |
| 1 | 5 | BUILDING | $ 563,000 | SPECIAL | 100% |
| 1 | 5 | BUSINESS INCOME AND EXTRA EXPENSE INCLUDING "RENTAL VALUE" | $ 124,000 | SPECIAL | 100% |

**OPTIONAL COVERAGES:**

| Prem. No. | Bldg. No. | Coverage | Agreed Value Amount Expiration Date | Replacement Cost | Inflation Guard |
|---|---|---|---|---|---|
| 1 | 1 | BUILDING | | INCLUDED | |
| 1 | 2 | BUILDING | | INCLUDED | |
| 1 | 3 | BUILDING | | INCLUDED | |
| 1 | 4 | BUILDING | | INCLUDED | |
| 1 | 5 | BUILDING | | INCLUDED | |

* Replacement cost for Your Business Personal Property also applies to Stock if an asterisk (*) is present.

**DEDUCTIBLE:**    $ 2,500

**MORTGAGE HOLDERS:**    NONE

**FORMS AND ENDORSEMENTS**

Forms and Endorsements applying to this Coverage Part and made part of this policy:

| Form Number | | Description |
|---|---|---|
| GECP0010 | - 0598 | BLDG AND PERSONAL PROPERTY COVERAGE |
| CP1556 | - 0297 | BUS. INCOME CHGS.-BEGINNING OF PERIOD OF RESTORATION |
| CP0090 | - 0788 | COMMERCIAL PROPERTY CONDITIONS |
| CP0030 | - 0695 | BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM |
| GECP0121 | - 0102 | CALIFORNIA STANDARD FIRE POLICY PROVISIONS |

21-7 (01/02)

INSURED COPY

RENEWAL

**Forming a part of**

| | |
|---|---|
| Policy Number: **CBP 9548496** | |
| Coverage Is Provided In **PEERLESS INSURANCE COMPANY - A STOCK COMPANY** | |
| Named Insured: <br> **WESTCOR RETAIL GROUP LLC** | Agent: <br> **QUISENBERRY INSURANCE INC** <br><br> **Agent Code: 4295266**     Agent Phone: **(818)-762-2151** |

## COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS (continued)

### FORMS AND ENDORSEMENTS

Forms and Endorsements applying to this Coverage Part and made part of this policy:

| Form Number | | Description |
|---|---|---|
| GECP1030 | - 0598 | CAUSES OF LOSS SPECIAL |
| GECP822 | - 0596 | THEFT EXCLUSION |
| GECP840 | - 1297 | PROTECTIVE SAFEGUARD ENDORSEMENT |
| IL0940 | - 0102 | EXCLUSION OF WAR, MILITARY ACTION AND TERRORISM |

Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc. 1982,1983, 1984, 1985.

Date Issued: **11/09/2004**

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations.
The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H- DEFINITIONS.

## A.  COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1.  Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, A. 1., and limited in A. 2., Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a.  Building,** meaning the building or structure described in the Declarations, including:
   1) Completed additions;
   2) Fixtures, including outdoor fixtures;
   3) Permanently installed:
      a) Machinery and
      b) Equipment;
   4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:
      a) Fire extinguishing equipment;
      b) Outdoor furniture;
      c) Floor coverings; and
      d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;
   5) If not covered by other insurance:
      a) Additions under construction, alterations and repairs to the building or structure;
      b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b.  Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation of Coverage form:
   1) Furniture and fixtures;
   2) Machinery and equipment;
   3) "Stock";
   4) All other personal property owned by you and used in your business;
   5) Labor, materials or services furnished or arranged by you on personal property of others;
   6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:
      a) Made a part of the building or structure you occupy but do not own; and
      b) You acquired or made at your expense but cannot legally remove;
   7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

**c.  Personal Property of Others** that is:
   1) In your care, custody or control; and
   2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

Includes Copyrighted Material ISO Commercial Risk Services, Inc., 1994 with its permission.

**GECP 0010 (05/98)**

INSURED COPY

12/31/2001  CBP  9548496          NEUSXMGM301          PGDM060D J24986     AGENTG    00004908  Page    31

However, our payment for loss or damage to personal property of others will only be for the account of the owner of the property.

## 2. Property Not Covered

Covered Property does not include:

a.  Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b   Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c.  Automobiles held for sale;

d.  Bridges, roadways, walks, patios or other paved surfaces;

e.  Contraband, or property in the course of illegal transportation or trade;

f.  The cost of excavations, grading, backfilling or filling;

g.  Foundations of buildings, structures, machinery or boilers if their foundations are below:
    1) The lowest basement floor; or
    2) The surface of the ground, if there is no basement.

h.  Land (including land on which the property is located), water, growing crops or lawns;

i.  Personal property while airborne or waterborne;

j.  Bulkheads, pilings, piers, wharves or docks;

k.  Property that is covered under another coverage form of this or any other policy in which it is more  specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l.  Retaining walls that are not part of a building;

m.  Underground pipes, flues or drains;

n.  The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

o.  Vehicles or self-propelled machines (including aircraft or watercraft) that:
    1) Are licensed for use on public roads; or
    2) Are operated principally away from the described premises.

    This paragraph does not apply to:
    1) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;
    2) Vehicles or Self-propelled machines, other than autos, you hold for sale; or
    3) Rowboats or canoes out of water at the described premises.

p.  The following property while outside of buildings:
    1) Grain, hay, straw or other crops;
    2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

## 3. Covered Causes Of Loss

See applicable Causes of Loss Form as shown in the Declarations.

## 4. Additional Coverages

a.  **Debris Removal**
    1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period.  The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

Includes Copyrighted Material ISO Commercial Risk Services, Inc., 1994 with its permission.

GECP 0010 (05/98)                                                                        **Page 2 of 11**

   2) The most we will pay under this Additional Coverage is 25% of:
     a)   The amount we pay for the direct physical loss of or damage to Covered Property; plus
     b)   The deductible in this policy applicable to that loss or damage.

     But this limitation does not apply to any additional debris removal limit provided in the Limits of Insurance section.
   3) This Additional Coverage does not apply to costs to:
     a)   Extract "pollutants" from land or water; or
     b)   Remove, restore or replace polluted land or water.

b.   Preservation of Property

   If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:
   1) While it is being moved or while temporarily stored at another location; and
   2) Only if the loss or damage occurs within 30 days after the property is first moved.

c.   Fire Department Service Charge

   When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay
   up to $1,000 for your liability for fire department service charges:
   1) Assumed by contract or agreement prior to loss; or
   2) Required by local ordinance.

   No Deductible applies to this Additional Coverage.

d.   Pollutant Clean Up and Removal

   We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of
   Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

   This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants."

   But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

   The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**5. Coverage Extensions**

   Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

   If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a.   Newly Acquired or Constructed Property
   1) You may extend the insurance that applies to Building to apply to:
     a)   Your new buildings while being built on the described premises; and
     b)   Buildings you acquire at locations, other than the described premises, intended for:
       i)   Similar use as the building described in the Declarations; or
       ii)  Use as a warehouse.

   The most we will pay for loss or damage under this Extension is $250,000 at each building.

   2) You may extend the insurance that applies to Your Business Personal Property to apply to that property at any location you acquire other than at fairs or exhibitions.

Includes Copyrighted Material ISO Commercial Risk Services, Inc., 1994 with its permission.

GECP 0010 (05/98)

**INSURED COPY**

12/31/2001  CBP  9548496       NEUSXMGM301        PGDM060D J24986      AGENTG    00004910  Page  33

The most we will pay for loss or damage under this Extension is $100,000 at each building.

3) Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:
   a)   This policy expires;
   b)   30 days expire after you acquire or begin to construct the property; or
   c)   You report values to us.

   We will charge you additional premium for values reported from the date construction begins or you acquire the property.

b.   Personal Effects and Property of Others
   You may extend the insurance that applies to Your Business Personal Property to apply to:
   1) Personal effects owned by you, your officers, your partners or your employees.  This extension does not apply to loss or damage by theft.
   2) Personal property of others in your care, custody or control.

   The most we will pay for loss or damage under this Extension is $2,500 at each described premises.  Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

c.   Valuable Papers and Records - Cost of Research

   You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist.  The most we will pay under this Extension is $2,500 at each described premises, unless a higher limit is shown in the Declarations.

d.   Property Off-Premises

   You may extend the insurance provided by this Coverage Form to apply to your Covered Property, other than "stock," that is temporarily at a location you do not own, lease, or operate.  This Extension does not apply to Covered Property:
   1) In or on a vehicle;
   2) In the care, custody or control of your salespersons; or
   3) At any fair or exhibition.

   The most we will pay for loss or damage under this Extension is $10,000.

e.   Outdoor Property

   You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:
   1) Fire;
   2) Lightning;
   3) Explosion;
   4) Riot or Civil Commotion; or
   5) Aircraft.

   The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant.  These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

   Each of these Extensions is additional insurance.  The Additional Condition, Coinsurance, does not apply to these Extensions.

Includes Copyrighted Material ISO Commercial Risk Services, Inc., 1994 with its permission.

GECP 0010 (05/98)                                                                    Page 4 of 11

12/31/2001  CBP  9548496        NEUSXMGM301      **INSURED COPY**    PGDM060D J24986      AGENTG      00004911  Page      34

B.  **EXCLUSIONS AND LIMITATIONS**

See applicable Causes of Loss Form as shown in the Declarations.

C.  **LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1.  Preservation of Property; or

2.  Debris Removal; but if:

    a.  The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

    b.  The debris removal expense exceeds the amount payable under the 25% limitation in the Debris Removal Additional Coverage;

    we will pay up to an additional $10,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

D.  **DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance, after any deduction required by the Coinsurance condition or the Agreed Value Optional Coverage.

When the occurrence involves loss to more than one item of Covered Property and more than one Limit of Insurance applies, the Deductible will reduce the total amount of loss payable if loss to at least one item is less than the sum of (1) the Limit of Insurance applicable to that item plus (2) the Deductible.

Example No. 1:
(This example assumes there is no coinsurance penalty).

| | |
|---|---|
| Deductible: | $250 |
| Limit of Insurance - Bldg. 1: | $60,000 |
| Limit of Insurance - Bldg. 2: | $80,000 |
| Loss to Bldg. 1: | $60,100 |
| Loss to Bldg. 2: | $90,000 |

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$60,100 - $250 = $59,850 Loss Payable - Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + $80,000 = $139,850

Includes Copyrighted Material ISO Commercial Risk Services, Inc., 1994 with its permission.

Example No. 2:

(This example, too, assumes there is no coinsurance penalty).

The Deductible and Limits of Insurance are the same as those in Example No. 1.

Loss to Bldg. 1:     $70,000 (exceeds Limit of Insurance plus Deductible)
Loss to Bldg. 2:     $90,000 (exceeds Limit of Insurance plus Deductible)

Loss Payable - Bldg. 1:     $60,000 (Limit of Insurance)
Loss Payable - Bldg. 2:     $80,000 (Limit of Insurance)

Total amount of loss payable: $140,000

## E.   LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. Abandonment

   There can be no abandonment of any property to us.

2. Appraisal

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a.   Pay its chosen appraiser; and

   b.   Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. Duties In The Event Of Loss Or Damage

   a.   You must see that the following are done in the event of loss or damage to Covered Property:
      1) Notify the police if a law may have been broken.
      2) Give us prompt notice of the loss or damage. Include a description of the property involved.
      3) As soon as possible, give us a description of how, when and where the loss or damage occurred.
      4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.
         However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.
      5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.
      6) As often as may be reasonable required, permit us to inspect the property proving the loss or damage and examine your books and records.
         Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.
      7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.
      8) Cooperate with us in the investigation or settlement of the claim.

   b.   We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. Loss Payment

   a.   In the event of loss or damage covered by this Coverage Form, at our option, we will either:
      1) Pay the value of lost or damaged property;

Includes Copyrighted Material ISO Commercial Risk Services, Inc., 1994 with its permission.

**GECP 0010 (05/98)**

INSURED COPY

12/31/2001   CBP   9548496          NEUSXMGM301          PGDM060D J24986      AGENTG     00004913   Page     36

2) Pay the cost of repairing or replacing the lost or damaged property, subject to b. below;
3) Take all or any part of the property at an agreed or appraised value; or
4) Repair, rebuild or replace the property with other property of like kind and quality, subject to b. below.

b.   The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

c.   We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d.   We will not pay you more than your financial interest in the Covered Property.

e.   We may adjust losses with the owners of lost or damaged property if other than you.  If we pay the owners, such payments will satisfy your claims against us for the owners' property.  We will not pay the owners more than their financial interest in the Covered Property.

f.   We may elect to defend you against suits arising from claims of owners of property.  We will do this at our expense.

g.   We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:
1) We have reached agreement with you on the amount of loss; or
2) An appraisal award has been made.

**5.** Recovered Property
If either you or we recover any property after loss settlement, that party must give the other prompt notice.  At your option, the property will be returned to you.  You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6.** Vacancy
a.   Description of Terms
1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in 1) a) and 1) b) below:
a)   When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant.  Such building is vacant when it does not contain enough business personal property to conduct customary operations.
b)   When this policy is issued to the owner of a building, building means the entire building.  Such building is vacant when 70% or more of its square footage:
i)   Is not rented; or
ii)  Is not used to conduct customary operations.
2) Buildings under construction or renovation are not considered vacant.

b.   Vacancy Provisions
If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:
a)   Vandalism;
b)   Sprinkler leakage, unless you have protected the system against freezing;
c)   Building glass breakage;
d)   Water damage;
e)   Theft; or
f)   Attempted theft.
2) With respect to Covered Causes of Loss other than those listed in b. 1) a) through b. 1) f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

Includes Copyrighted Material ISO Commercial Risk Services, Inc., 1994 with its permission.

GECP 0010 (05/98)

INSURED COPY

12/31/2001   CBP  9548496          NEUSXMGM301          PGDM060D J24986     AGENTG    00004914   Page    37

7.  Valuation

We will determine the value of Covered Property in the event of loss or damage as follows:

a.  At actual cash value as of the time of loss or damage, except as provided in b., c., d., e. and f. below.

b.  If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement. The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following will be valued at the actual cash value even when attached to the building:
    1)  Awnings or floor coverings;
    2)  Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or
    3)  Outdoor equipment or furniture.

c.  "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d.  Glass at the cost of replacement with safety glazing material if required by law.

e.  Tenant's Improvements and Betterments at:
    1)  Actual cash value of the lost or damaged property if you make repairs promptly.
    2)  A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:
        a)  Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and
        b)  Divide the amount determined in a) above by the number of days from the installation of improvements to the expiration of the lease.
    If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

    3)  Nothing if others pay for repairs or replacement.

f.  Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:
    1)  Blank materials for reproducing the records; and
    2)  Labor to transcribe or copy the records when there is a duplicate.

## F.  ADDITIONAL CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1.  Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a.  We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Co-insurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

1)  Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;
2)  Divide the Limit of Insurance of the property by the figure determined in step 1);
3)  Multiply the total amount of loss, before the application of any deductible, by the figure determined in step 2); and

4)  Subtract the deductible from the figure determined in step 3).

We will pay the amount determined in step 4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

Includes Copyrighted Material ISO Commercial Risk Services, Inc., 1994 with its permission.

12/31/2001   CBP   9548496          NEUSXMGM301     INSURED COPY     PGDM060D J24986     AGENTG     00004915   Page     38