1  KEVIN G. McCURDY (SBN 115083)
   BRONWEN LACEY (SBN 226751)
2  McCURDY & FULLER LLP
   4300 Bohannon Drive, Suite 240
3  Menlo Park, California 94025
   Telephone: (650) 618-3500
4  Facsimile: (650) 618-3599
   E-mail: kevin.mccurdy@mccurdylawyers.com
5          bronwen.lacey@mccurdylawyers.com

6  Attorneys for Defendant
   PEERLESS INSURANCE COMPANY
7

8                  UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

10 

11 WESTCOR RETAIL GROUP, LLC.,        CASE NO.: C07-03810 JF

12         Plaintiff,                  [PROPOSED] ORDER GRANTING
                                       DEFENDANT PEERLESS INSURANCE
13     v.                              COMPANY'S MOTION TO COMPEL
                                       AN APPRAISAL AND STAY THE
14 PEERLESS INSURANCE COMPANY, a       ACTION PENDING THE APPRAISAL
   New Hampshire Corporation, DOES 1
15 through 50, inclusive,              Date: April 18, 2008
                                       Time: 9:00 a.m.
16         Defendants.                 Courtroom: 3
                                       Judge: Honorable Jeremy Fogel
17

18     Defendant Peerless Insurance Company's ("Peerless") motion to compel an appraisal and

19 stay the action pending the appraisal came on regularly for hearing on April 18, 2008. The Court

20 having considered the arguments of counsel and all papers submitted in connection with the

21 motion to compel discovery responses and good cause appearing therefore Peerless' motion to

22 compel an appraisal and stay the action is GRANTED.

23 IT IS HEREBY ORDERED THAT:

24     (1)   The parties must conduct an appraisal as required by the provisions of Peerless

25 policy no. CBP 9548496.

26     (2)   This action shall be stayed pending the completion of the appraisal.

27     (3)   The further case management conference scheduled for May 30, 2008 is hereby

28 27293.doc                           - 1 -

continued until the appraisal is complete. The parties shall contact the Court within two weeks of the completion of the appraisal to obtain a date for a further status conference.

Dated: _____, 2008

_____
Honorable Jeremy Fogel