**\*E-FILED 3/26/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTCOR RETAIL GROUP, | No. C 07-03810JF (RS) |
| Plaintiff, | **ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| PEERLESS INSURANCE COMPANY, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **April 14, 2008**, **at 9:30 a.m**, Courtroom 4, 5th Floor, 280 South First Street, San Jose, California. In preparation for the conference, the procedures set forth below are to be followed:

**Lead trial counsel** shall appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and to settle the case. In all cases in which a party is insured, the carrier's claims representative and attorney, if any, with **full authority** to negotiate up to the limits of coverage shall also appear in person at the Settlement Conference.

The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at 408/535-5357 if this case settles prior to the date set for further settlement conference.

IT IS SO ORDERED.

Dated: 3/26/08

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Alan Louis Martini    amartini@smtlaw.com, aobey@smtlaw.com

Kevin Grier McCurdy    kevin.mccurdy@mccurdylawyers.com, danielle.torres@mccurdylawyers.com, lena.nielsen@mccurdylawyers.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 3/26/08

                              CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                              By:    /s/ *BAK*

2