UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: 5hr30m

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:  NOT REPORTED          DATE:  3/25/08
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                                         CASE #:   C 07-03810JF(RS)

CASE TITLE:  WESTCOR RETAIL GROUP     VS.   PEERLESS INSURANCE COMPANY

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

 ALAN MARTINI                                   KEVIN G. MCCURDY

**TODAY'S PROCEEDINGS**

{X }SETTLEMENT CONF.   { } PRETRIAL CONF.    { } MOTIONS LISTED BELOW:

Pltf.    Deft.    Cross Mot.
{ }     { }     { }     1.
{ }     { }     { }     2.
{ }     { }     { }     3.
{ }     { }     { }     4.

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED     [ ] NOT SETTLED    [X] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[  ] GRANTED          [  ] DENIED          [  ] SUBMITTED          [  ] DENIED/GRANTED in part

[  ] BRIEFS TO BE FILED AS FOLLOWS:

{  } Cont'd to              @              For

**ORDER TO BE PREPARED BY:**     [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments: