Alan L. Martini   SB#77316
SHEUERMAN, MARTINI & TABARI
A Professional Corporation
1033 Willow Street
San Jose, CA  95125
(408) 288-9700
Fax: (408) 295-9900

Attorneys for Plaintiff, WESTCOR RETAIL GROUP, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTCOR RETAIL GROUP, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire Corporation, Does 1 - 50, inclusive,<br><br>　　　　　　Defendants. | No. C 07-03810 RS<br><br>**DECLARATION OF ALAN L. MARTINI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO PEERLESS INSURANCE COMPANY'S MOTION TO COMPEL AN APPRAISAL AND STAY THE ACTION PENDING THE APPRAISAL**<br><br>Hearing Date: April 18, 2008<br>Time: 9:00 a.m.<br>Courtroom 3<br>Judge: Honorable Jeremy Fogel |

I, ALAN L. MARTINI, declare as follows:

　　　1.　　I am an attorney duly licensed to practice law before all of the courts of the State of California and am a partner with Sheuerman, Martini & Tabari, attorneys for plaintiff, WESTCOR RETAIL GROUP, LLC.

　　　2.　　I have personal knowledge of each and every fact stated herein and could competently testify thereof if called as a witness.

　　　3.　　This action was filed on July 25, 2007, and seeks damages as a result of defendant, PEERLESS INSURANCE COMPANY's failure to pay full amount of benefits due under a fire insurance policy it issued to plaintiff arising out of fire damage to a building owned by plaintiff on

DECLARATION OF ALAN L. MARTINI　　　　　1

1  October 13, 2005.

2      4.    On January 25, 2008, plaintiff, WESTCOR, served its Initial Disclosure pursuant to FRCP 26(a)(1) on defendant, and disclosed persons that had discoverable information, including its consultant, Kenneth Hayden of Southland Construction and representatives of WESTCOR RETAIL GROUP with relevant knowledge. Plaintiff also identified relevant documents including communications with PEERLESS and various repair estimates. Plaintiff also disclosed the amount of claimed damages. (A true and correct copy Plaintiff's Initial Disclosure is attached hereto as **Exhibit A**).

9      5.    Subsequently, on March 28, 2008, plaintiff produced copies of all relevant non-privileged and non-confidential documents, data compilations, and tangible things to PEERLESS in further compliance with Rule 26(a).

12  I declare, under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

14  Executed this 28TH day of March, 2008, at San Jose, California.

/s/Alan L Martini
ALAN L. MARTINI

DECLARATION OF ALAN L. MARTINI          2