UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: 6 hr

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: NOT REPORTED        DATE: 4/14/08
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                    CASE #: C 07-03810JF(RS)

CASE TITLE: WESTCOR RETAIL GROUP    VS.    PEERLESS INSURANCE COMPANY

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

ALAN L. MARTINI                            KEVIN G. MCCURDY

**TODAY'S PROCEEDINGS**

{X} FURTHER SETTLEMENT CONF.    { } PRETRIAL CONF.    { } MOTIONS LISTED BELOW:

Pltf.    Deft.    Cross Mot.
{ }    { }    { }    1.
{ }    { }    { }    2.
{ }    { }    { }    3.
{ }    { }    { }    4.

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED    [ ] NOT SETTLED    [X] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED    [ ] DENIED    [ ] SUBMITTED    [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to          @          For

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments: