UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: 15 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: SUMMER CLANTON            DATE: 4/18/08
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                          CASE #: C 07-03810JF

CASE TITLE: WESTCOR RETAIL GROUP    VS.    PEERLESS INSURANCE COMPANY

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

 ALAN L. MARTINI                           KEVIN G. MCCURDY

**TODAY'S PROCEEDINGS**

{X }FURTHER SETTLEMENT CONF. (TELEPHONIC)   { } PRETRIAL CONF. { } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }     { }     { }    1.
{ }     { }     { }    2.
{ }     { }     { }    3.
{ }     { }     { }    4.

DISPOSITION of TODAY'S PROCEEDINGS

**[ X] SETTLED      [ ] NOT SETTLED    [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[  ] GRANTED      [  ] DENIED       [  ] SUBMITTED       [  ] DENIED/GRANTED in part

[  ] BRIEFS TO BE FILED AS FOLLOWS:

{  } Cont'd to            @              For

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments: SETTLEMENT IS PLACED ON THE RECORD.